ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 18-8363MJ |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO SEAL COMPLAINT** |
| | **(Filed Under Seal)** |
| Thomas William Hancock, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, moves this Court for an Order sealing the Complaint and this Motion and Order filed in this matter on the grounds that disclosure would not be in the best interest of justice. The Complaint contains information that if disclosed to the public could compromise an ongoing investigation.

Respectfully submitted this 31st day of August, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/ Kevin M. Rapp
KEVIN M. RAPP
Assistant U.S. Attorney

SCANNED