SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Thomas William Hancock,<br><br>    Defendant. | No. 18-8363MJ<br><br>**ORDER TO SEAL COMPLAINT**<br><br>(Filed Under Seal) |

Based upon the United States of America's Motion to Seal, and good cause appearing,

**IT IS ORDERED** that the Complaint filed in this matter, the Motion to Seal and this Order be filed under seal.

DATED this 31st day of August.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

CC: None