

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America

v.

Thomas William Hancock

No. 18-8363 MJ

**CRIMINAL COMPLAINT**

(Under Seal)

I, Special Agent Brandon Lopez, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

Between on or about February 1, 2018 and May 30, 2018 in the County of Maricopa in the District of Arizona, the defendant violated Title 18 U.S.C. §§ 1343 (Wire Fraud) and 1957(a), (Transactional Money Laundering) as follows:

1. On or about the dates listed in the chart below, in the District of Arizona, defendant Thomas William Hancock, for the purpose of executing and attempting to execute a scheme and artifice to defraud and to obtain money, by means of materially false and fraudulent pretenses, representations and promises, defendant, within the meaning of Title 18, United States Code, Section 1343, caused victim London Trust Media to transfer funds of at least $901,410.26 to accounts under his control.

2. After Hancock's termination, it was discovered by LTM that during Hancock's employment with LTM, he prepared fraudulent invoices in Freshbooks software for the vendors Digital Chaos (DC) and Hosting Services (HS). Freshbooks is an online accounting and invoicing company aimed at allowing small business owners access to quickly create and send invoices as well as receive notifications when invoices are paid. Hancock created an account with Freshbooks under the email address TomHancock91@gmail.com.

3. The fraudulent invoices submitted to LTM included payment processing information on the invoices. Hancock would then have the Freshbooks software email the invoice directly to LTM's accounts payable department or to Hancock's LTM email address. These emails would then be forwarded by Hancock to LTM's accounts payable department. After the accounts payable department received the invoice for Digital Chaos and/or Hosting Services, Hancock would verbally communicate his approval to pay the invoice. LTM pays all of the vendor invoices on a company



1

credit card. The following fraudulent invoices for Digital Chaos and Hosting Services were submitted to LTM for processing:

| Counts | Date Issued | Invoice Number | Payee | Amount |
|---|---|---|---|---|
| 1 | 02/01/2018 | 29 | HS | $54,923.54 |
| 2 | 02/01/2018 | 29 | DC | $15,000.00 |
| 3 | 03/01/2018 | 48 | DC | $48,000.00 |
| 4 | 04/01/2018 | 47 | HS | $63,000.00 |
| 5 | 04/01/2018 | 47 | DC | $15,000.00 |
| 6 | 04/13/2018 | 52 | HS | $85,500.00 |
| 7 | 04/17/2018 | 53 | HS | $53,458.00 |
| 8 | 04/18/2018 | 54 | HS | $24,850.00 |
| 9 | 04/23/2018 | 59 | HS | $17,320.22 |
| 10 | 04/24/2018 | 60 | HS | $69,122.00 |
| 11 | 04/24/2018 | 61 | HS | $30,541.50 |
| 12 | 04/30/2018 | 62 | HS | $7,832.11 |
| 13 | 05/01/2018 | 64 | HS | $199,195.00 |
| 14 | 05/01/2018 | 61 | HS | $52,000.00 |
| 15 | 05/01/2018 | 61 | DC | $30,000.00 |
| 16 | 05/09/2018 | 67 | HS | $63,200.00 |
| 17 | 05/16/2018 | 69 | HS | $52,100.00 |
| 18 | 05/22/2018 | 70 | HS | $28,200.00 |
| 19 | 05/30/2018 | 72 | HS | $8,520.25 |

All in violation of Title 18 U.S.C. § 1343.

4.     On or about the dates specified below, each instance being a separate count of this Complaint, in the District of Arizona and elsewhere, Defendant HANCOCK knowingly engaged in monetary transactions by, though, or to a financial institution, affecting interstate commerce, in criminally derived property that was of a value greater than $10,000, such property having been derived from specified unlawful activity, namely Wire Fraud.

| Counts | Date Issued | Invoice Number | Payee | Amount | Payment Transaction Date | Card |
|---|---|---|---|---|---|---|
| 20 | 02/01/2018 | 29 | HS | $54,923.54 | 02/02/2018 | RJ x8663 |
| 21 | 02/01/2018 | 29 | DC | $15,000.00 | 02/02/2018 | RJ x8663 |
| 22 | 03/01/2018 | 48 | DC | $48,000.00 | 03/02/2018 | RJ x8663 |
| 23 | 04/01/2018 | 47 | HS | $63,000.00 | 04/03/2018 | RJ x8663 |
| 24 | 04/01/2018 | 47 | DC | $15,000.00 | 04/03/2018 | RJ x8663 |
| 25 | 04/13/2018 | 52 | HS | $85,500.00 | 04/13/2018 | RJ x8663 |
| 26 | 04/17/2018 | 53 | HS | $53,458.00 | 04/17/2018 | RJ x8663 |
| 27 | 04/18/2018 | 54 | HS | $24,850.00 | 04/18/2018 | RJ x8663 |
| 28 | 04/23/2018 | 59 | HS | $17,320.22 | 04/23/2018 | RJ x8663 |
| 29 | 04/24/2018 | 60 | HS | $69,122.00 | 04/24/2018 | RJ x8663 |
| 30 | 04/24/2018 | 61 | HS | $30,541.50 | 04/24/2018 | RJ x8663 |
| 31 | 05/01/2018 | 64 | HS | $199,195.00 | 05/01/2018 | RJ x8663 |
| 32 | 05/01/2018 | 61 | HS | $52,000.00 | 05/02/2018 | RJ x8663 |
| 33 | 05/01/2018 | 61 | DC | $30,000.00 | 05/02/2018 | RJ x8663 |
| 34 | 05/09/2018 | 67 | HS | $63,200.00 | 05/10/2018 | RJ x8663 |
| 35 | 05/16/2018 | 69 | HS | $52,100.00 | 05/16/2018 | RJ x8663 |
| 36 | 05/22/2018 | 70 | HS | $28,200.00 | 05/22/2018 | RJ x8663 |

All in violation of Title 18 U.S.C. § 1957(a).

I further state that I am a Special Agent from the Internal Revenue Service, Criminal Investigation Division (IRS-CI) and that this Complaint is based on the following facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes      ☐ No

AUTHORIZED BY: Kevin M. Rapp, AUSA *kmr*

Brandon Lopez, Special Agent – IRS-CI
Printed Name and title

Signature of Complainant

Sworn to before me and signed in my presence.

Date: __8-31-18  11:35A__      at      Phoenix, Arizona
City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

3

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Brandon Lopez, being duly sworn, depose and say:

**BACKGROUND OF AFFIANT AND INVESTIGATION**

1.      I have been a Special Agent with the Internal Revenue Service, Criminal Investigation Division (IRS-CI) for nine years.  During my law enforcement career, I have investigated numerous violations of federal law within the jurisdiction of IRS-CI.

2.      My primary responsibilities include working long-term white collar crime investigations, including: mortgage fraud, wire fraud, mail fraud, bank fraud, corporate fraud, money laundering, bankruptcy fraud, and other various fraud investigations. I have training in this area from the Federal Law Enforcement Training Center in Glynco, Georgia, and numerous seminars.

3.      The investigation of THOMAS WILLIAM HANCOCK (HANCOCK) for wire fraud and money laundering is being conducted by the Federal Bureau of Investigation (FBI) and IRS-CI.  The facts supporting this affidavit are based on the interviews of witnesses, records and other information subpoenaed by the Grand Jury, financial analysis, observations of other local and federal law enforcement agents, review of public documents, and review of other 3rd party records.

**WIRE FRAUD ACTIVITY**

4.      London Trust Media, Inc. (LTM) is an internet privacy and security company located in Denver, Colorado founded by A.L.  LTM began a sponsorship agreement with Digital Chaos, a company hosting online sports gaming, for the purpose of advertising on Digital Chaos' online gaming sites.  The monthly sponsorship agreement was for $15,000 per month for the period of August 2016 – August 2017. HANCOCK was an employee of Digital Chaos during the sponsorship.

5.      Digital Chaos was originally a subsidiary of UK2 Group and in May 2017, UK2 Group was sold to an online retailer, The Hut Group, and Digital Chaos became a separate entity. HANCOCK registered the separate entity of Digital Chaos as an LLC in Utah and listed himself, S.A., and G.C. as corporate officers.

6.      Hosting Services provides budget, shared, advanced, and other types of Web hosting services to individuals and small businesses. Hosting Services provides data center options in various key locations across the United Kingdom and the United States. The company was founded in 2003 and is based in Providence, Utah.

7.      In November 2017, LTM hired HANCOCK as Chief Technology Officer. HANCOCK moved from Atlanta to Las Vegas where A.L. resided. While in Las Vegas, HANCOCK worked closely with A.L. and quickly gained A.L.'s trust. In December 2017, HANCOCK was promoted to Executive Chairman where he was given large amounts of authority in the company. HANCOCK spent a good amount of his time in Scottsdale, Arizona as UK2 Group had a large server "farm" located in Arizona.

8.      HANCOCK was fired in March 2018 for frequently not showing up to work, showing up to work late or erratic behavior. A.L. and HANCOCK spoke several times and A.L. felt that HANCOCK deserved another chance. A.L. then hired HANCOCK back as Executive Chairman of LTM, however, HANCOCK's behavior did not change. He was terminated again in June 2018.

9.      After HANCOCK's termination, it was discovered by LTM that during HANCOCK's employment with LTM, he prepared fraudulent invoices in Freshbooks software for the vendors Digital Chaos and Hosting Services. Freshbooks is an online accounting and invoicing company aimed at allowing small business owners access to quickly create and send invoices as well as receive notifications when invoices are paid. HANCOCK created an account with Freshbooks under the email address TomHANCOCK91@gmail.com.

10.     The fraudulent invoices submitted to LTM included payment processing information on the invoices. HANCOCK would then have the Freshbooks software email the invoice directly to LTM's accounts payable department or to HANCOCK's LTM email address. These emails would then be forwarded by HANCOCK to LTM's accounts payable department. After the accounts payable department received the invoice for Digital Chaos and Hosting Services, HANCOCK would verbally

2

communicate his approval to pay the invoice. LTM pays all of the vendor invoices on a company credit card. The following fraudulent invoices for Digital Chaos and Hosting Services were submitted to LTM for processing:

| Counts | Date Issued | Invoice Number | Payee | Amount |
|---|---|---|---|---|
| 1 | 02/01/2018 | 29 | HS | $54,923.54 |
| 2 | 02/01/2018 | 29 | DC | $15,000.00 |
| 3 | 03/01/2018 | 48 | DC | $48,000.00 |
| 4 | 04/01/2018 | 47 | HS | $63,000.00 |
| 5 | 04/01/2018 | 47 | DC | $15,000.00 |
| 6 | 04/13/2018 | 52 | HS | $85,500.00 |
| 7 | 04/17/2018 | 53 | HS | $53,458.00 |
| 8 | 04/18/2018 | 54 | HS | $24,850.00 |
| 9 | 04/23/2018 | 59 | HS | $17,320.22 |
| 10 | 04/24/2018 | 60 | HS | $69,122.00 |
| 11 | 04/24/2018 | 61 | HS | $30,541.50 |
| 12 | 04/30/2018 | 62 | HS | $7,832.11 |
| 13 | 05/01/2018 | 64 | HS | $199,195.00 |
| 14 | 05/01/2018 | 61 | HS | $52,000.00 |
| 15 | 05/01/2018 | 61 | DC | $30,000.00 |
| 16 | 05/09/2018 | 67 | HS | $63,200.00 |
| 17 | 05/16/2018 | 69 | HS | $52,100.00 |
| 18 | 05/22/2018 | 70 | HS | $28,200.00 |
| 19 | 05/30/2018 | 72 | HS | $8,520.25 |

## TRANSACTIONAL MONEY LAUNDERING

11.    Based upon the fraudulent scheme orchestrated by HANCOCK, funds were *Eg* *to a bank account at a financial institution* disbursed by the victim, LTM via the company credit card? The funds listed below are in excess of $10,000 and are representative of transactional money laundering:

| Counts | Date Issued | Invoice Number | Payee | Amount | Payment Transaction Date | Card |
|--------|-------------|----------------|-------|--------|--------------------------|------|
| 20 | 02/01/2018 | 29 | HS | $54,923.54 | 02/02/2018 | RJ x8663 |
| 21 | 02/01/2018 | 29 | DC | $15,000.00 | 02/02/2018 | RJ x8663 |
| 22 | 03/01/2018 | 48 | DC | $48,000.00 | 03/02/2018 | RJ x8663 |
| 23 | 04/01/2018 | 47 | HS | $63,000.00 | 04/03/2018 | RJ x8663 |
| 24 | 04/01/2018 | 47 | DC | $15,000.00 | 04/03/2018 | RJ x8663 |
| 25 | 04/13/2018 | 52 | HS | $85,500.00 | 04/13/2018 | RJ x8663 |
| 26 | 04/17/2018 | 53 | HS | $53,458.00 | 04/17/2018 | RJ x8663 |
| 27 | 04/18/2018 | 54 | HS | $24,850.00 | 04/18/2018 | RJ x8663 |
| 28 | 04/23/2018 | 59 | HS | $17,320.22 | 04/23/2018 | RJ x8663 |
| 29 | 04/24/2018 | 60 | HS | $69,122.00 | 04/24/2018 | RJ x8663 |
| 30 | 04/24/2018 | 61 | HS | $30,541.50 | 04/24/2018 | RJ x8663 |
| 31 | 05/01/2018 | 64 | HS | $199,195.00 | 05/01/2018 | RJ x8663 |
| 32 | 05/01/2018 | 61 | HS | $52,000.00 | 05/02/2018 | RJ x8663 |
| 33 | 05/01/2018 | 61 | DC | $30,000.00 | 05/02/2018 | RJ x8663 |
| 34 | 05/09/2018 | 67 | HS | $63,200.00 | 05/10/2018 | RJ x8663 |
| 35 | 05/16/2018 | 69 | HS | $52,100.00 | 05/16/2018 | RJ x8663 |
| 36 | 05/22/2018 | 70 | HS | $28,200.00 | 05/22/2018 | RJ x8663 |

## RECORDS GATHERED BY VICTIM

12.     LTM hired JJ O'Neill (O'Neill), a private investigator, to investigate HANCOCK for the embezzlement activity.  O'Neill provided the government with a summary of his investigation, related records and evidence.

## HANCOCK STATEMENTS TO VICTIM AND OTHERS

13.     On June 28, 2018, LTM employee J.O. was at the nightclub, Bottled Blonde, located in Scottsdale, AZ. By mere chance, HANCOCK was also in attendance at Bottled Blonde and approached J.O. and initiated a conversation.  During this conversation, HANCOCK confessed he stole money from LTM via the creation of fake invoices. J.O. advised HANCOCK to contact LTM and return the stolen funds.

14.     On June 28, 2018 R.K.V., an ex-girlfriend of HANCOCK, called R.G., bodyguard for A.L.  R.K.V. stated she found R.G.'s phone number in HANCOCK's cell phone and advised R.G. that HANCOCK had stolen money from LTM and was spending tens of thousands of dollars per day. R.K.V. also advised R.G. that HANCOCK had a ledger of the fraudulent activity in addition to fake invoices utilized during theft.

15.     On or about, June 29, 2018, in a series of text messages, HANCOCK texted A.L. and admitted to creating false billing items utilizing the names of Hosting Services and Digital Chaos to facilitate the theft of approximately $800,000 to $900,000. HANCOCK further stated to not knowing exactly how much he stole and that it could be a higher amount. (*See* Exhibit A).

## HANCOCK WHEREABOUTS

16.     On or about, June 29, 2018, in a series of text messages, HANCOCK forwarded text messages from R.K.V. indicating that FBI agents had called and left a message for her.

17.     In an email sent from HANCOCK to A.L. on August 2, 2018, HANCOCK stated he is bankrupt, is scheduled to meet with a bankruptcy attorney, currently living

off of his mother's credit card, and that A.L. does not want to see him behind bars because he is trying to obtain employment to repay all of the money. (*See* Exhibit B).

18.    HANCOCK is a citizen of the United Kingdom and flew to London on August 12, 2018.  HANCOCK returned to the United States, landing at Los Angeles International Airport on August 20, 2018.  It is believed HANCOCK has obtained employment with a Los Angeles telecommunications provider.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant.  Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause one or more of the defendants to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.

Brandon Lopez
Special Agent, IRS-CI

Sworn to me and subscribed in my presence this ___31st___ day of August, 2018.

Honorable John Z. Boyle
United States Magistrate Judge
District of Arizona

6

# Exhibit A



7:34

Tom

I deserve it.

And the world deserves better protections against this in future.

While I'm behind bars.

So

I had two stripe accounts

One under 'hosting services'

One under digitalchaos

I was billing from both of them in a misleading fashion

Maybe it was 800k

Idk.

7:34



Tom

was stealing the restz

Damn

Last year your server bills averaged 600k

But why.

Those same servers we got down to 385 or so

And I was stealing the rest.

Because I wanted to be the coolest kid on the block

I knew I could fuck with the server number easy.



7:42

TH
Tom

So please read this carefully : Do you give me permission, explicitly, to login right now to verify that you are in fact making payments by AMEX to the nightclubs ?  Please answer this question first with a yes or no and I have another question.

Yes

Secondly - Do you swear you are not taking more money and it's limited only to what was taken by the Hosting Services and Digital Chaos Credit cars charges ?

7:46

TH

Tom

...what was taken by the Hosting Services and Digital Chaos Credit cars charges ?

Yes

Alright it was real. Thank you for being honest.

Yep

Wait so are you sure we are saving 250k/mo compared to before if we remove the new regions from the calculation?

Or roughly

Delivered

And my fraud.

7:57

 SLACK                                    now

Notification

Own part of an esports team it's fun.

I mean I dunno anything about that

But like are you sure you only took 900k lol

I need to look honestly

Not gonna lie.

I don't even know

Damn

It could be more. It's so fucked up.

I know for sure

# Exhibit B

# Fwd: Payment and note

---------- Forwarded message ---------
From: Andrew Lee <alee@londontrustmedia.com>
Date: Thu, Aug 2, 2018 at 11:30 AM
Subject: Fwd: Payment and note
To: Young Park <y.park@londontrustmedia.com>, Ted Kim
<ted@londontrustmedia.com>, John Arsenault
<john@londontrustmedia.com>, Alex Lee
<alex@londontrustmedia.com>


---------- Forwarded message ---------
From: Thomas Hancock <tomhancock91@googlemail.com>
Date: Thu, Aug 2, 2018 at 11:25 AM
Subject: Payment and note
To: Andrew Lee <alee@londontrustmedia.com>, Andrew Lee
<andrew@londontrustmedia.com>


Hi Andrew,

As per our chat on Telegram, you asked me to go find a way to start
paying back the owed money.

I have found 2.5k so far - which is not a lot but it is something and the
maximum I can get right now that I am bankrupt. My parents don't
have money or credit lines to get. My only option is what I have been
pursuing hard since we talked - getting back into work - which I can do
after my trustee meeting for bankruptcy. I have found a few high
paying oppurtunities - which means I can get a loan against that
income - and I can guarantee you as a loan note equity upon a
transaction of the business. And anything else you want. I don't care
at this point other than to pay back what I owe to the people I owe.

2

That's the best idea I have. I have been in LA for 9 days doing normal things while I pursue a hosting job. I have asked for a signing bonus with a few - which I will pass on. I have been using my airmiles to stay and living off my moms card. My mom has been in LA and Arizona with me. We are still going through all the bankruptcy elements with the lawyer as we prepare for the trustee meeting. AMEX took my side on all the nightclub charges we talked about and you seen - the same account has no balance now, even before the bankruptcy.

I do see as I explained how the process was working there is some disputes card wise - Chase already closed my bank where the money was going too (Chase) - the disputes I guess will fail because that account doesn't even exist anymore due to Chase closing it. I guess we can figure this out between us. I'm not sure the disputes will provide fruitful other then me going down a long path where there is still no money available. I know you do not want to see my behind bars and I want to figure this out.

I've just now got a new cell phone plan using an nvmo (!) so I'm easily reachable again.... and I still have my Telegram.

Clearly I fucked up, I am trying to recover myself out of a horrible place, I was evil, I was wicked and maybe we can work something out....I want to rebuild my life.... I even refuse to go back to Scottsdale even for lawyer... I have a call at 2pm with the Arizona lawyer.... Arizona is full of drug ridden, suicidal thoughts for me. My mom is there in my apartment now. I am also fighting a suit in AZ. What a mess ive made.

Let me try and fix this, I will clearly be paying it back for a long time and perhaps we can add some interest to it and some other stuff as I truly owe you and clearly it is all messed up but I do not want to serve wasted time, I would rather try and help you in other ways and pay you the money back. I will disclose any information you may wish for like I was before. I know you said you didn't want me to go behind bars and I hope I can figure this out with you, because I know we can.

3

I also hope in July and August and beyond you start seeing the server savings that were true. There is a lot, and I am happy you will see that. Even with the addition of things like Rescloud, Dubai servers etc into that financial line item there will still be savings that will be true cash, that is no means of a justification just something I can say I at least did, while also being deceptive in doing so, which is disgusting. I would get a fact check on this but it's even in my tom@ email in one of the spreadsheets the like for like savings compared to before we added new locations, Rescloud, etc.

I know I created problems which still probably exist and are being cleaned up but I know you guys are better off without myself and that is just a wicked truth to myself.

I hope you are well and be team is, I can not do any employment or anything useful till my bankruptcy trustee meeting, so if I can be of any use, unpaid and just observatory, I will happily do so. Even if it just means working on VP in the background or any advice you might find useful in how to fill some of the holes I was able to use, and some I seen glaring at me which I have fixed before. Clearly the team hates me or hates what I did - so I do not want to rock a boat per se, I am recovering with my mother here in the US, some friends who are not from the mess of drinking in Scottsdale, I was using drugs and even alcohol to cope with the thought of this even until my mother got here. I still have 2.5% of DigitalChaos unsigned for equity wise - you should just take it - it is not part of the bankruptcy as it is unsigned for - that business will be worth something nice at some point, it is also backed and has Greg, the football guy as part of it - I'm sure you owning part of that could get you endless benefits.

Sucks but with some stabilizing I am getting better and want to fix everything - like you said to me - everything can be fixed and I want to fix it.

One day we will be able to laugh again, I hope.

4

With regret I send you this mail, again I am sorry. I am on Telegram if you want to quick talk.

I'm sure some of this mail is muddled thought wise - but that's just how I am right now as I recover. Thanks for even reaching out to me late June, early July and a week ago. I appreciate you talking to me. You were a true friend, and I was a true dick, with evil features. So disgusting on my side. I am trying to recover, I ask that we work something out, and make it very favorable to yourself and the business. I owe you everything.

Tom


--


--
Andrew Lee