

**SEALED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 18-2372M      CourtSmart CS 09/19/18     Date: 09/19/2018

Present: The Honorable Alexander F. MacKinnon            , U.S. Magistrate Judge

| J. Munoz | Sylvia Ewald | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Thomas William Hancock | Attorney Present for Defendant: Jonathan Lynn |
|---|---|
| ☑ Present   ☑ Custody   ☐ Bond   ☐ Not present | ☑ Present   ☐ CJA   ☑ Retd   ☐ DFPD   ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.
     ☐ See Receipt for Release of Exhibits to Counsel.

☐ Counsel stipulation to bail.

☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.

☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.

☐ **Court sets bail at: $ _____ .**     ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .

☐ Release Order Issued - Release No. _____ .

☐ Other: _____

☒ FILED    ___ LODGED
___ RECEIVED    ___ COPY
SEP 2 5 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**PROCEEDINGS:**    ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
       ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
       ☑ GRANTED    ☐ DENIED

Court ORDERS bail as to the above-named defendant ☑ **modified to** ☐ set at: $ 50,000.00 _____
     ☑ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**

☐ Bond previously set is ordered vacated.

☐ Court orders defendant permanently detained. See separate order.

☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.

☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).

☐ Court orders that exhibits be returned to the respective counsel / party of record.
     ☐ See Receipt for Release of Exhibits to Counsel.

☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
     before Judge _____ in Courtroom _____ .

☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.

☑ Other Bond ordered stayed for 5 days until 09/25/2018. Defendant ordered Held to Answer to District of Arizona.
Per AUSA appearance date cannot be given until defendant is released. Bond to transfer if released.

Release Order Issued - Release No. _____         :20

Deputy Clerk Initials JM

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. Thomas William _Hancock_    **Case No.** 18-2372M

☒ Defendant    ☐ Material Witness

**Violation of Title and Section:** 18 USC 1343, 1957(a)

☐ Summons    ☐ Out of District    ☐ Under Seal    ☒ Modified Date: _9/19/18_

| _Check only one of the five numbered boxes below (unless one bond is to be replaced by another)_ | | |
|---|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*) | (c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: | Release No. |
| 2. ☐ Unsecured Appearance Bond $ _____ | | ☒ **Release to Pretrial ONLY** |
| 3. ☒ Appearance Bond $ _50,000_ | | ☐ **Release to Probation ONLY** |
| (a). ☒ Cash Deposit (*Amount or %*) (*Form CR-7*) _$5,000 — Diana Remball_ | ☐ With Full Deeding of Property: | ☐ Forthwith Release |
| (b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: _$45,000 — Ellen Cord_ | | ☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: |
| | 4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____ | ☐ Third-Party Custody Affidavit (*Form CR-31*) |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ _____ | ☒ Bail Fixed by Court: AFM / JM (*Judge / Clerk's Initials*) |

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

_—Bond ordered stayed for 5 days from today's date. Until 9/25/18_

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS OF RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
(*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

☒ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to _CDCA & Arizona (court appearances only)_ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

_Live w/girlfriend Diana Remball_

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☒ Maintain or actively seek employment and provide proof to Supervising Agency.   ☒ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: _X TH_    Date: _X 9/25/18_

**Case Name:** United States of America v. Thomas William Hanock

**Case No.** 18-2372M

☑ Defendant ☐ Material Witness

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____ .

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☑ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☑ Do not use or possess illegal drugs or state-authorized marijuana. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☑ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☑ Submit to: ☑ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☑ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by *If deemed* Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency. *necessary by PSA.*

☑ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☑ will or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

☐ Location monitoring only - no residential restrictions;

**-or-**

☐ You are restricted to your residence every day:

☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

☐ as directed by Supervising Agency;

**-or-**

Defendant's Initials: X TH    Date: X 9/25/18

Case Name: United States of America v. **Thomas William Hanock**          Case No.  18-2372M

■ Defendant     ☐ Material Witness

☒ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and ~~work-related~~ *seeking and/or attending work* , all of which must be preapproved by Supervising Agency;

☒ **Release to PSA only**   ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____.

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S. Marshal.

☐ Other conditions:

_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: X TH    Date: X 9/25/18

**Case Name:** United States of America v. **Thomas William Hanock**   **Case No.** 18-2372M

☑ Defendant    ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside**, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. **Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

X 9/19/2018 _____    X _____    X 480-207-8317 _____
_Date_          _Signature of Defendant / Material Witness_          _Telephone Number_

X Los Angeles, CALiFornia _____
_City and State **(DO NOT INCLUDE ZIP CODE)**_

☐ **Check if interpreter is used:** I have interpreted into the _____  language this entire form
and have been told by the defendant that he or she understands all of it.

_____          _____
_Interpreter's Signature_                    _Date_

Approved: _____          _____
          _United States District Judge / Magistrate Judge_          _Date_

If cash deposited: Receipt # _____  for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: X TH   Date: X 9/25/18

1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   SYLVIA R. EWALD (Cal. Bar No. 300267)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0717
7       Facsimile: (213) 894-0141
        E-mail:   sylvia.ewald@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        MJ No. 18-02372

13          Plaintiff,               GOVERNMENT'S POSITION REGARDING
                                     APPLICATION FOR RECONSIDERATION OF
14          v.                       ORDER SETTING CONDITIONS OF
                                     RELEASE
15  THOMAS WILLIAM HANCOCK,

16          Defendant.

17

18       The United States of America, by and through its counsel of

19  record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Sylvia R. Ewald,

21  hereby submits its position regarding defendant's application for

22  reconsideration of the order setting the conditions of his release.

23       On September 5, 2018, defendant THOMAS WILLIAM HANCOCK

24  ("defendant") appeared in the Central District of California for an

25  arrest on an out-of-district warrant.  (Dkt. 3.)  Pretrial Services

26  recommended that defendant be released on a $30,000 signature bond.

27  The government requested that defendant be detained pre-trial.

28  (Dkt. 14.)  The Court ordered defendant released on a $100,000

1    appearance bond, to be signed by a responsible third party owning

2    property with equity of at least $100,000.  (Dkt. 3.)

3        On September 11, 2018, the parties appeared for a status

4    conference, during which defendant advised the Court that he would

5    file a request for bail modification.  (Dkt. 8.)  On September 14,

6    2018, defendant filed an application for review or reconsideration

7    of the order setting conditions of release and a request for

8    hearing.  (Dkt. 11.)  Defendant proposed that bail be modified to

9    provide for a $45,000 signature bond secured by a $5,000 cash

10    deposit, and represented that the government "agreed" to those

11    terms.  (Dkt. 11.)  On September 17, 2018, the Court approved the

12    notice and set the matter for hearing on September 19, 2018, at

13    10:30 a.m.  (Dkt. 13.)

14        The government makes this filing for the limited purpose of

15    clarifying its position.  While the government maintains that

16    defendant should be detained pending trial, the government

17    recognizes that the Court has ordered him released and believes that

18    defendant's proposal is consistent with the spirit of the bail terms

19    the Court set on September 5, 2018.  The government accordingly does

20    not object to defendant's proposed modification, and communicated

21    such to defense counsel.  The government notes, however, that it

22    understands that the charging district intends to move in the

23    District of Arizona to revoke the order denying the government's

24    request for pre-trial detention based on the charging district's

25    determination that defendant presents a significant risk of flight.

26

27

28

Dated: September 18, 2017          Respectfully submitted,

                                   NICOLA T. HANNA
                                   United States Attorney

                                   LAWRENCE S. MIDDLETON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                          /s/
                                   _____
                                   SYLVIA R. EWALD
                                   Assistant United States Attorney

                                   Attorneys for Applicant
                                   UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Thomas William Hancock

DEFENDANT.

CASE NUMBER:

18-MJ-02372

## DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

I, Thomas William Hancock                              , declare that
   *(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  5th  day of  September , 20 18
at  Los Angeles, CA
        *(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____          _____
                                                    *Interpreter*

CR-37 (05/15)                    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>THOMAS HANCOCK,<br><br>DEFENDANT. | CASE NUMBER<br><br>18-2372M<br><br><br>**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  ALEXANDER F. MacKINNON

on WEDNESDAY, SEPTEMBER 19, 2018 _____ at 10:30 _____ ☑ a.m. ☐ p.m.

in courtroom  #780 of the Roybal Federal Building _____.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required. Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

September 17, 2018
Date

*Ilene Bernal*
Deputy Clerk

213-894-4583
Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☑ PSA.

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.  18-02372M                                    Date: September 11, 2018

Present: The Honorable:  ALEXANDER F. MacKINNON

Interpreter  N/A

| Ilene Bernal | Recorded on CourtSmart | Sylva Ewald |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| THOMAS WILLIAM HANCOCK | X | X | | Kelly Swanston, DFPD | X | X | |
| | | | | Jonathan M. Lynn | X | | X |

**Proceedings: HRG: STATUS CONFERENCE RE BOND**

Attorney Jonathan M. Lynn is substituted in as retained counsel for the defendant and advises the court that a request for bail modification will be filed.

: 10

**Initials of Deputy Clerk** _____ igb

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 18-MJ-2372 |
|---|---|
| *Thomas William Hancock* DEFENDANT. | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of _Arizona_ alleging violation of __18 USC 1343__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;

(2)    arrival of process;

*-Check one only-*

☑    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐    have an identity hearing
☑    arrival of process
☐    have a preliminary hearing
☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☑    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: _9/5/18_

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

M-14 (09/09)       **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)**



FILED
CLERK, U.S. DISTRICT COURT

SEP – 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | **CASE NUMBER:** |
|---|---|---|
| | Plaintiff, | 18-MJ-2372 |
| v. | | |
| Thomas Hancock | | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
| | Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

CR-10 (06/18)    ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS

continued on Page 2

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 9/5/2018 _____          _____
                                                      *Signature of Defendant*

**[or]**

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____          _____
                                                      *Signature of Defendant*

---

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____          _____
                                                      *Signature of Interpreter*

                                   _____
                                                      *Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: _____          _____
                                                      *Signature of Attorney*

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>Thomas William Hancock | Plaintiff,<br><br><br><br><br><br><br><br>Defendant. | Western Division<br><br>Case Number: 2:18-MJ-02372<br>Initial App. Date: 09/05/2018<br>Initial App. Time: 2:00 PM<br><br><br><br><br><br>Date Filed: 09/05/2018<br>Violation: 18USC1343, 1957<br>CourtSmart/ Reporter: _____ | UNDER SEAL<br><br>Out of District Affidavit<br>Custody<br><br><br><br><br><br>C/S |

| PROCEEDINGS HELD BEFORE UNITED STATES<br>MAGISTRATE JUDGE: Edward A. Infante | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

| PRESENT: | Bernal, Ilene | Sylvia Ewald | None |
|---|---|---|---|
| | _Deputy Clerk_ | _Assistant U.S. Attorney_ | _Interpreter/Language_ |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to
  file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED. in future if deft
  ☐ Special appearance by _____ becomes employed.
☒ Attorney: Kelly Swanston, DFPD ☒ Appointed ☐ Prev. Appointed ☒ Poss. Contribution (see separate order)
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☒ BAIL FIXED AT $ 100,000.00 _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
  setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of Arizona
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☒ Warrant of removal and final commitment are ordered stayed until 9-11-18
☒ Case continued to (Date) 9-11-18 (Time) 11 AM _____ AM / PM
  Type of Hearing: Status Conf. w Bond Before Judge Mackinnon /Duty Magistrate Judge
  Proceedings will be held in the ☐ Duty Courtroom ☒ Judge's Courtroom 780 - Roy Day
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

| ☐ PSA ☐ USPO | ☐ FINANCIAL | ☐ READY |
|---|---|---|
| | | Deputy Clerk Initials ___ |
| | | _____ : _____ |

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Thomas William Hancock**      Case No. **2:18-MJ-02372-DUTY**

☒ Defendant  ☐ Material Witness

Violation of Title and Section: **18USC1343, 1957**

☐ Summons  ☒ Out of District  ☒ Under Seal  ☐ Modified Date: _____

| *Check only one of the five numbered boxes below (unless one bond is to be replaced by another):* | | |
|---|---|---|
| 1. ☐ Personal Recognizance *(Signature Only)* | (c). ☐ Affidavit of Surety With Justification *(Form CR-3)* Signed by: | Release No. _____ |
| 2. ☐ Unsecured Appearance Bond  $ _____ | _____ | ☐ **Release to Pretrial ONLY** |
| 3. ☒ Appearance Bond  $ 100,000.— | _____ | ☐ **Release to Probation ONLY** |
| (a). ☐ Cash Deposit *(Amount or %) (Form CR-7)* | ☐ With Full Deeding of Property: | ☐ Forthwith Release |
| (b). ☒ Affidavit of Surety Without Justification *(Form CR-4)* Signed by: | _____ | _____ |
| *by a responsible surety that owns property of at least $100,000.—* | _____ | ☐ All Conditions of Bond *(Except Clearing-Warrants Condition)* Must be Met and Posted by: |
| | _____ | |
| | _____ | ☐ Third-Party Custody Affidavit *(Form CR-31)* |
| | 4. ☐ Collateral Bond in the Amount of *(Cash or Negotiable Securities)*:  $ _____ | ☒ Bail Fixed by Court: BI ___ / IB *(Judge / Clerk's Initials)* |
| | 5. ☐ Corporate Surety Bond in the Amount of:  $ _____ | |

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO. *(The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency.")*

☒ Surrender all passports and travel documents to Supervising Agency no later than _____, sign a Declaration re Passport and Other Travel Documents *(Form CR-37)*, and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to **CDC + Arizona** unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☒ Maintain or actively seek employment and provide proof to Supervising Agency. ☐ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: _____  Date: _____

**Case Name:** United States of America v. Thomas William Hancock     **Case No.** 2:18-MJ-02372-DUTY

☒ Defendant    ☐ Material Witness

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____ .

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☒ Do not use or possess illegal drugs or state-authorized marijuana. ☒ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☒ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☒ Submit to: ☒ drug and/or ☒ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☐ Participate in residential ☐ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☐ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☐ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

    ☐ Location monitoring only - no residential restrictions;

    **-or-**

    ☐ You are restricted to your residence every day:

       ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

       ☐ as directed by Supervising Agency;

    **-or-**

Defendant's Initials: _____ Date: _____

**Case Name:** United States of America v. **Thomas William Hancock**    Case No.  2:18-MJ-02372-DUTY

■ Defendant    ☐ Material Witness

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and
_____ , all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**    ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within _____ days
of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except
as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person
and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than
the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children
under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare
facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search
of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S.
Marshal.

☐ Other conditions:

_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as
may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other
United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or
direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number,
so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not
tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be
subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _____    Date: _____

Case Name: United States of America v. **Thomas William Hancock**   Case No. 2:18-MJ-02372-DUTY

■ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

_____   _____   _____
*Date*   *Signature of Defendant / Material Witness*   *Telephone Number*

_____
*City and State* **(DO NOT INCLUDE ZIP CODE)**

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

*Dft needs to sign bond*

_____
*Interpreter's Signature*

Approved: _____
*United States District Judge / Magistrate Judge*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _____   Date: _____

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-02372-DUTY All Defendants

Case title: USA v. Hanock

Date Filed: 09/05/2018
Date Terminated: 09/19/2018

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Thomas William Hanock**
*TERMINATED: 09/19/2018*

represented by **Jonathan M Lynn**
Wallin and Klarich
17592 Irvine Boulevard
Tustin, CA 92780
714-730-5300
Fax: 714-730-0337
Email: jml@wklaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

Defendant in violation of 18:1343,1957
(a)

**Disposition**

**Disposition**

**Disposition**

**Disposition**

### Plaintiff

**USA**

represented by

**Assistant 2241-2255 US Attorney LA-CR**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Thomas William Hanock, originating in the District of Arizona. Defendant charged in violation of: 18:1343. Signed by agent Heather Rivera, FBI, Special Agent. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Thomas William Hanock; defendants Year of Birth: 1991; date of arrest: 9/5/2018 (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Edward A. Infante as to Defendant Thomas William Hanock Defendant arraigned and states true name is as charged. Attorney: Kelly Swanston for Thomas William Hanock, Deputy Federal Public Defender, present. Court orders bail set as: Thomas William Hanock (1) $100,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Arizona. Status Hearing set for 9/11/2018 11:00 AM before Magistrate Judge Alexander F. MacKinnon. Court Smart: CS. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 4 | FINANCIAL AFFIDAVIT filed as to Defendant Thomas William Hanock. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Thomas William Hanock. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 6 | SEALED Defendant Thomas William Hanock arrested on warrant issued by the USDC District of Arizona at Phoenix. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Edward A. Infante as to Defendant Thomas William Hanock. (mhe) (Entered: 09/12/2018) |
| 09/05/2018 | 14 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Thomas William Hanock (mhe) (Entered: 09/18/2018) |
| 09/05/2018 | 15 | DECLARATION RE: PASSPORT filed by Defendant Thomas William Hanock, declaring that I have been issued a passport or other travel document(s), |

| | | but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 09/18/2018) |
|---|---|---|
| 09/11/2018 | 8 | MINUTES OF Status Conference held before Magistrate Judge Alexander F. MacKinnon as to Defendant Thomas William Hanock. Attorney Jonathan M. Lynn is substituted in as retained counsel for the defendant and advises the court that a request for bail modification will be filed. Court Smart: CS. (mhe) (Entered: 09/12/2018) |
| 09/13/2018 | 9 | SEALED EX PARTE APPLICATION to Unseal Case Filed by Plaintiff USA as to Defendant Thomas William Hanock. (mhe) (Entered: 09/14/2018) |
| 09/13/2018 | 10 | SEALED ORDER by Magistrate Judge Alexander F. MacKinnon: granting 9 EX PARTE APPLICATION to Unseal Case as to Thomas William Hanock (1) (mhe) (Entered: 09/14/2018) |
| 09/14/2018 | 11 | First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION Filed by Defendant Thomas William Hanock. (Attachments: # 1 Supplement Notification re: Application for Reconsideration of Order Setting Conditions of Release or Detention) (Attorney Jonathan M Lynn added to party Thomas William Hanock (pty:dft)) (Lynn, Jonathan) (Entered: 09/14/2018) |
| 09/14/2018 | 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonathan M Lynn counsel for Defendant Thomas William Hanock. Adding Jonathan Lynn as counsel of record for Thomas Hancock for the reason indicated in the G-123 Notice. Filed by Defendant Thomas Hancock. (Lynn, Jonathan) (Entered: 09/14/2018) |
| 09/17/2018 | 13 | NOTIFICATION RE: First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION 11 filed by Defendant Thomas William Hanock. The Request for hearing was APPROVED. Application set for hearing on 9/19/2018 at 10:30AM before Magistrate Judge Alexander F. MacKinnon. (ib) (Entered: 09/17/2018) |
| 09/18/2018 | 16 | RESPONSE filed by Plaintiff USA as to Defendant Thomas William Hanock (Ewald, Sylvia) (Entered: 09/18/2018) |
| 09/19/2018 | 17 | MINUTES OF BOND HEARING held before Magistrate Judge Alexander F. MacKinnon Court orders bail set as: Thomas William Hanock (1) $50,000 Appearance Bond. Court orders defendant held to answer to District of Arizona. granting 11 APPLICATION for Review/Reconsideration of Order Setting Conditions of Release/Detention re First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION 11 as to Thomas William Hanock (1); Court Smart: CS 9/19/18. (mhe) (Entered: 09/21/2018) |
| 09/19/2018 | | Notice to District of Arizona of a Rule 5 or Rule 32 Initial Appearance as to Defendant Thomas William Hanock. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket |

sheet and any text-only entries via the case number link. The following document link(s) is also provided: 17 Order on Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (CR-88),,, Removal/Arrival of Process Hearing - Rule 5(c)(3) (fka Rule 40),,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 09/21/2018)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/21/2018 15:41:59 | | | |
| PACER Login: | ud1540:4260067:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:18-mj-02372-DUTY End date: 9/21/2018 |
| Billable Pages: | 2 | Cost: | 0.20 |