

1   ELIZABETH A. STRANGE
    First Assistant United States Attorney
2   District of Arizona

3   KEVIN M. RAPP
    Assistant U.S. Attorney
4   Ariz. Bar No. 014249
    Two Renaissance Square
5   40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
6   Telephone (602) 514-7500
    kevin.rapp@usdoj.gov

7

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ARIZONA

10

11   United States of America,                    MJ 18-8363

                            Plaintiff,      **UNITED STATES' MOTION TO
12                                               REVOKE RELEASE**

13            v.

14   Thomas William Hancock,

15

16                           Defendant.

17

18            **INTRODUCTION AND SUMMARY OF ARGUMENT**

19          The United States respectfully seeks a review of the Order releasing Defendant

20   Thomas William Hancock ("Hancock") on a $50,000 bond issued by a Magistrate Judge

21   in the Central District of California.    As explained below, Hancock poses a significant

22   risk of flight based on the nature of the charges, his history of drug and alcohol abuse,

23   his financial resources, his frequent international travels, and—perhaps most

24   important—he is not a citizen of the United States and has no economic or other

25   connections to the District of Arizona, or any other District for that matter. These

26   factors suggest that Hancock could easily flee the country and use his resources to live

27   in the United Kingdom as a fugitive.   Accordingly, his release on a $50,000 bond

28   should be revoked.

**PROCEDURAL FACTS**

On September 5, 2018, Hancock appeared in the Central District of California for an arrest on a warrant from the District of Arizona. (Dkt. 3.) Pretrial Services recommended that defendant be released on a $30,000 signature bond. The United States requested that Hancock be detained pre-trial. (Dkt. 14.) The Court ordered defendant released on a $100,000 appearance bond, to be signed by a responsible third party owning property with equity of at least $100,000. (Dkt. 3.)

On September 11, 2018, the parties appeared for a status conference, during which Hancock advised the Court that he would file a request for bail modification. (Dkt. 8.) On September 14, 2018, Hancock filed an application for review or reconsideration of the order setting conditions of release and a request for hearing. (Dkt. 11.) Hancock proposed that bail be modified to provide for a $45,000 signature bond secured by a $5,000 cash deposit, and represented that the government "agreed" to those terms. (Dkt. 11.) The United States clarified its position on September 18, 2018. (Dkt. 16) The United States informed the Court that the charging district intends to move in the District of Arizona to revoke the order denying the government's request for pre-trial detention based on the charging district's determination that Hancock presents a significant risk of flight. (*Id.*) On September 17, 2018, the Court approved the notice and set the matter for hearing on September 19, 2018.  (Dkt. 13.) On September 19, 2018, the Court granted Hancock's release on a $50,000 appearance bond ($5,000 cash and $45,000 affidavit of Surety) (Dkt. 17.)  The Court granted a five day stay of that Order until September 25, 2018. (*Id.*) On September 25, 2018 the United States filed a Motion to Revoke Release.

**ARGUMENT**

18 U.S.C. § 3145(a), which provides in material part:

> (a) ... If a person is ordered released by a magistrate judge, ...
> (1) The attorney for the government may file, with the court having jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release; and the motion shall be determined promptly.

1   The district court may hold an evidentiary hearing, under the applicable *de novo* without

2   deference review standard governing the Magistrate Judge's release order. *United States*

3   *v. Petersen*, 557 F. Supp. 2d 1124 (E.D. Cal. 2008)

4       The Magistrate Judge's order is entitled to no deference, nor is the district court

5   required to adopt any factual findings made by the Magistrate Judge. *United States v.*

6   *Koenig,* 912 F.2d 1190, 1193 (1990); *see also, U.S. v. McDavid,* 2006 WL 734877

7   (E.D.Cal.2006), Hollows, M.J. ("the district court's review of a magistrate [judge's]

8   detention order is to be conducted *de novo* without deference to the magistrate [judge's]

9   factual findings").

10      As the Court is no doubt aware, "[t]he Bail Reform Act . . . requires a district court

11  to order a defendant detained pending trial if 'no condition or combination of conditions

12  will reasonably assure the appearance of the person as required.'" *United States v. Gentry*,

13  455 F. Supp. 2d 1018, 1019-20 (D. Ariz. 2006) (quoting 18 U.S.C. § 3142(e)).   This

14  analysis involves a "two-step inquiry." *Id.*   *First*, the Court must make a finding as to

15  whether the defendant presents a "serious risk that such person will flee" if not detained.

16  *Id.* at 1020 (quoting 18 U.S.C. § 3142(f)(2)(A)). The government bears the burden of

17  proving such risk of flight by a preponderance of the evidence. *Id.*   *Second,* if the defendant

18  is likely to flee, the Court next must determine whether some set of conditions would

19  sufficiently vitiate that risk. *Id.* (citing 18 U.S.C. § 3142(g)).   "In making the determination

20  whether conditions exist that would reasonably assure a defendant's appearance, Section

21  3142(g) requires the district court to take into account four statutory factors: (1) the nature

22  and circumstances of the offense charged; (2) the weight of the evidence against the person;

23  (3) the history and characteristics of the person, including his character, physical and

24  mental condition, family ties, employment, financial resources, length of residence in the

25  community, community ties, past conduct, history relating to drug or alcohol abuse,

26  criminal history, and record concerning appearance at court proceedings; and (4) the nature

27

28

1  and seriousness of the danger to any person or community that would be posed by the

2  person's release." *Id.*

3      In addition to seeking detention based on the risk of flight, the United States also

4  may seek detention on the grounds that the defendant poses a risk of danger to the

5  community.  The government bears the burden of proving such danger by clear and

6  convincing evidence. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) ("A finding

7  that a defendant is a danger to any other person or the community must be supported by

8  'clear and convincing evidence.'") (quoting 18 U.S.C. § 3142(f)(2)(B)).

9  **A.      Flight Risk**

10      The Court should find, for several reasons, that Hancock's release should be

11  revoked because he  poses a significant risk of flight.

12      **1.  <u>Nature And Circumstances Of Charged Offense</u>.**

13      Hancock is charged with a total of 36 felony crimes—specifically, nineteen

14  counts of wire fraud and seventeen counts of transactional money laundering. These

15  counts, standing alone, carry a statutory maximum penalty of 10 (18 U.S.C. 1957(a))

16  to 20 years (18 U.S.C. § 1343) in prison. Moreover, the financial loss associated with

17  his fraud (over a $1 million) carries a substantial guideline range taking into account

18  several increases for applicable offense characteristics (sophisticated scheme, abuse of

19  private trust, etc.). *Sec.* U.S.S.G. §§2B1.1(b)(10)(C) and 3B1.3.  If convicted of all (or

20  even a portion of) these charges, Hancock faces a considerable prison sentence. Such

21  exposure creates a powerful incentive to flee.  *See, e.g., United States v. Townsend*,

22  897 F.2d 989, 995 (9th Cir. 1990) ("Facing the much graver penalties possible under

23  the present indictment, the defendants have an even greater incentive to consider

24  flight."); *United States v. Anderson*, 384 F. Supp. 2d 32, 35 (D.D.C. 2005) (ordering

25  pretrial detention in white collar case, even though the defendant had no prior felony

26  convictions and "no history of violent criminal activity," in part because "[t]he

27  combined statutory maximum penalties for the federal crimes with which Mr.

28

1  Anderson is charged is 23 years. . . . At 51 years old, Mr. Anderson potentially could

2  spend most of the remainder of his life in prison if convicted.").

3    **2.  Strength of the Evidence.**

4        The strength of the evidence also supports a flight-risk finding.  As an initial

5  matter, the fact that a Magistrate Judge has made a finding of probable cause is enough

6  to meet the government's initial burden as to the strength-of-the-evidence factor.  *See,*

7  *e.g., United States v. Hamlin*, 2007 WL 2225868, *1 (E.D. Mich. 2007) ("Under

8  subsection (g) (2), from the a grand jury having passed an Indictment, there is a definite

9  weight of evidence against the Defendant."); *United States v. Bradshaw*, 2000 WL

10  1371517, *4 (D. Kan. 2000) ("[T]he grand jury's indictment, standing alone,

11  establishes probable cause for purposes of the Bail Reform Act.").

12        In addition, the complaint in this case sets forth, in detail, some of the evidence

13  supporting the charges against Hancock, including incriminating emails and texts that

14  Hancock wrote admitting criminal activity. (*See* Complaint)  Lastly, following his arrest

15  Hancock admitted his theft in a recorded interview with investigating agents.

16    **3.  Defendant's History and Characteristics.**

17        Hancock's history and characteristics also support a flight-risk finding.  He is a

18  citizen of the United Kingdom with no community and family ties in the District of

19  Arizona or any state in the United States, for that matter.  (*See* Exh. A; Declaration of

20  FBI Special Agent Heather Rivera ("Decl.").) Hancock, based on his income for the last

21  several years, could have access to significant amounts of money, including money in

22  foreign bank accounts that might allow him to flee.  (*Id.*)

23        In sum, Hancock has the financial ability to allow him to successfully escape

24  prosecution.  *See, e.g., Anderson*, 384 F. Supp. 2d at 36 ("Anderson appears to have the

25  ability not only to flee the District of Columbia and the United States without detection,

26  but also to live comfortably and evade capture in foreign jurisdictions.  Mr. Anderson has

27  traveled extensively, . . . has numerous international personal and business contacts, . . .

28  [and] appears to have access to substantial assets overseas.").

1    Hancock also engages in frequent foreign travel.  He visited the United Kingdom as

2    recently as August 12, 2018.  He flew from John F. Kennedy International Airport (JFK)

3    to Los Angeles International Airport (LAX) on September 4, 2018, flight DL 424 with a

4    10:05 am arrival time, and was arrested upon disembarking. Travel records show that

5    Hancock was scheduled to fly from London Heathrow International Airport to Sharm El

6    Sheikh International Airport, by way of Cairo International Airport on October 1, 2018.

7    (*See* Decl. ¶ 20.) Foreign connections, coupled with access to foreign funds, suggest an

8    ability "to live comfortably" abroad, a consideration that supports a flight-risk finding. *See,*

9    *e.g., United States v. Hong Vo*, 978 F.Supp.2d 41, 45 (D.D.C. 2013) ("Vo's access to

10   substantial assets overseas, combined with her experience living in Vietnam for the past

11   two years, . . . demonstrate her ability not only to flee . . . the United States . . . but also to

12   live comfortably and evade capture in foreign jurisdictions.") (internal quotation marks

13   omitted); *United States v. Saani*, 557 F. Supp. 2d  97, 98-99 (D.D.C. 2008) ("Defendant's

14   alleged access to funds in foreign bank accounts, and Defendant's alleged purposeful and

15   illegal concealment of that access, is directly relevant to Defendant's flight risk.").

16   **4.  Danger To Himself and Others.**

17   The United States also harbors concerns that Hancock could, if released without

18   conditions, pose a danger to himself and others.  The Complaint and Declaration

19   references emails and texts authored by Hancock where he indicates suicidal ideation

20   and the use of drugs and alcohol. (*See* Decl. ¶s 14-16.) While he employed he exhibited

21   erratic behavior that resulted in the termination of his employment (*Id* at ¶ 6.)While

22   remaining in custody Hancock should be screened for mental health and substance

23   abuse counseling.

24                               **CONCLUSION**

25   In sum, Hancock poses a serious risk of flight due to the severity of the charges (and

26   penalties) he faces, his extensive foreign connections, citizenship in a foreign country and

27   not a citizen of the United States, lack of significant community ties to any state in the

28   United States, potential financial resources and mental health and substance abuse issues.

1    Although Hancock will presumably argue that he knew he could be under criminal

2    investigation for theft, the risk is minimal given that he did not flee, "a pre-indictment

3    investigation and a post-indictment trial are two very different things." *Anderson*, 384 F.

4    Supp. 2d at 40 ("The defense has emphasized . . . that Mr. Anderson has left the country

5    and returned many times during the pendency of the government's investigation into his

6    business and investment activities. His willingness to remain in and repeatedly return to

7    the United States despite the risk of indictment, the defense argues, indicates that Mr.

8    Anderson wishes to remain here to defend his good name and reputation against attack in

9    the criminal proceeding, even if it means, ultimately, risking his freedom. The Court does

10   not find this argument convincing. . . . [A] pre-indictment investigation and a post-

11   indictment trial are two very different things.").

12       In sum, although any one of the above-enumerated factors standing by itself may not

13   amount to sufficient evidence of risk of flight to warrant detention, when taken

14   cummulatively and in conjunction with the offenses charged and the weight of the evidence

15   against Hancock, the Court should find that these indicia of transient living, lack of

16   employment, a citizen of another rountry, substance abuse issues raise serious risk-of-flight

17   concerns. Hancock's order of release, should, therefore, be revoked.

18       Respectfully submitted this 25th day of September 2018.

19                                                   ELIZABETH A. STRANGE
                                                     First Assistant United States Attorney
20                                                   District of Arizona

21

22                                                   *s/ Kevin Rapp*
                                                     KEVIN M. RAPP
23                                                   Assistant U.S. Attorney

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, I filed the attached document to the Clerk's Office at the U.S. District Courthouse.

I further certify that on this same date, I served the attached document *via electronic mail* on the following:

Jonathan M. Lynn
Wallin & Klarich
Email: jml@wklaw.com


*s/Sally Hawley*
U.S. Attorney's Office

# Exhibit A

**<u>Declaration of Special Agent Heather Rivera</u>**

I, Special Agent Heather Rivera, declare:

1. I have been employed as a Special Agent of the FBI since May 2012. I obtained a Bachelor of Science in Accounting from Northern Arizona University followed by a Master of Business Administration from the University of Arizona. Prior to my employment with the FBI, I was a Vice-President in Enterprise Risk Management for State Street Corporation in Boston, Massachusetts. I was responsible for compliance with Basel II, a federal regulation dictating capital management for core banks in the United States. Before State Street Corporation, I was a consultant for a global consulting firm and spent nine years as a staff accountant and auditor for both private and public entities. I am presently assigned to the FBI's Phoenix Division where I investigate Complex Financial Crimes. Over the past 5 years, I have worked on white collar crime investigations including, but not limited to, cases involving allegation of bankruptcy fraud, wire fraud, money laundering, securities fraud and health care fraud. I have gained experience in conducting such investigations through formal training and on-the-job training, as well as consultation with more experienced agents. During the course of my career, I have participated in the execution of numerous search warrants, seizure warrants, arrests and trials of individuals for violations of federal law. I have participated extensively in the investigation leading up to the complaint in *United States v. Thomas William Hancock*.

2. This declaration is submitted in support of the government's request for pretrial detention of defendant Thomas William Hancock (Hancock). If called upon, I could competently testify as set forth below:

**<u>Introduction</u>**

3. The following is information based on my personal observations, the observations of other federal and state law enforcement agents and a review of records and evidence during the course of the investigation.

### Employment and Finances

4. Hancock has significant employment earnings allowing him to travel and live within the United States or abroad. W-2 earnings reported in the State of Arizona for Hancock were as follows:

| Year | Wages |
|------|-------|
| 2015 | $  184,656 |
| 2016 | $  242,566 |
| 2017 | $  868,516 |
| 2018 | $  326,221 |

5. London Trust Media, Inc. (LTM) is an internet privacy and security company located in Denver, Colorado founded by Andrew Lee (Lee). In November 2017, LTM hired Hancock as Chief Technology Officer. Hancock moved from Atlanta to Las Vegas where Lee resided. While in Las Vegas, Hancock worked closely with Lee and quickly gained Lee's trust. In December 2017, Hancock was promoted to Executive Chairman where he was given large amounts of authority in the company. Hancock spent a considerable amount of his time in Scottsdale, Arizona as UK2 Group had a large server "farm" located in Arizona.

6. Hancock was fired in March 2018 for frequently not showing up to work, showing up to work late or erratic behavior. Lee and Hancock spoke several times and Lee felt that Hancock deserved another chance. Lee then hired Hancock back as Executive Chairman of LTM, however, Hancock's behavior did not change. He was terminated again in June 2018.

7. After Hancock's termination, it was discovered by LTM that during Hancock's employment with LTM, he prepared fraudulent invoices in Freshbooks software for the vendors Digital Chaos and Hosting Services. Freshbooks is an online accounting and invoicing company aimed at allowing small business owners access to quickly create and send invoices as well as receive notifications when invoices are paid. Hancock

created an account with Freshbooks under the email address TomHancock91@gmail.com.

8. The fraudulent invoices submitted to LTM included payment processing information on the invoices. Hancock would then have the Freshbooks software email the invoice directly to LTM's accounts payable department or to Hancock's LTM email address. These emails would then be forwarded by Hancock to LTM's accounts payable department. After the accounts payable department received the invoice for Digital Chaos and Hosting Services, Hancock would verbally communicate his approval to pay the invoice. LTM pays all of the vendor invoices on a company credit card.

9. The following fraudulent invoices for Digital Chaos and Hosting Services were submitted to LTM for processing:

| Date Issued | Invoice Number | Payee | Amount |
|---|---|---|---|
| 02/01/2018 | 29 | HS | $54,923.54 |
| 02/01/2018 | 29 | DC | $15,000.00 |
| 03/01/2018 | 48 | DC | $48,000.00 |
| 04/01/2018 | 47 | HS | $63,000.00 |
| 04/01/2018 | 47 | DC | $15,000.00 |
| 04/13/2018 | 52 | HS | $85,500.00 |
| 04/17/2018 | 53 | HS | $53,458.00 |
| 04/18/2018 | 54 | HS | $24,850.00 |
| 04/23/2018 | 59 | HS | $17,320.22 |
| 04/24/2018 | 60 | HS | $69,122.00 |
| 04/24/2018 | 61 | HS | $30,541.50 |
| 04/30/2018 | 62 | HS | $7,832.11 |
| 05/01/2018 | 64 | HS | $199,195.00 |
| 05/01/2018 | 61 | HS | $52,000.00 |
| 05/01/2018 | 61 | DC | $30,000.00 |
| 05/09/2018 | 67 | HS | $63,200.00 |
| 05/16/2018 | 69 | HS | $52,100.00 |
| 05/22/2018 | 70 | HS | $28,200.00 |
| 05/30/2018 | 72 | HS | $8,520.25 |
| Total | | | $917,762.62 |

10. On or about, June 29, 2018, in a series of text messages, Hancock texted Lee and admitted to creating false invoices to facilitate the theft of approximately $800,000 to $900,000. Hancock further stated to not knowing exactly how much he stole and that it could be a higher amount (*See* Exhibit 1).

11. Recently, Hancock's American Express card was suspended and as of July 13, 2018, his account balance was more than $4.2 million. After the suspension of his American Express account, Hancock began to use funds from his accounts at Chase Bank. On July 24, 2018, Hancock withdrew $40,000.00, from the Chase Bank branch at 7th St. and Glendale Ave. Hancock attempted to make a merchant payment for a greater amount than what was available in the account, prompting Chase Bank to close his accounts. When the accounts were closed, Chase Bank issued two Cashier's Checks: 1) Payable to Krystal Hancock in the amount of $74,619.71; and 2) Payable to Thomas Hancock in the amount of $40,779.65. Chase bank located the two Cashier's Checks issued to Krystal Hancock and Thomas Hancock but there was no markings on the back to indicate a financial institution where the cashier's checks were negotiated, only signatures.

## Hancock Associates

12. On June 28, 2018, LTM employee Jorge Oliveria was at the nightclub, Bottled Blonde, located in Scottsdale, AZ. Hancock was also in attendance at Bottled Blonde and approached Oliveria and initiated a conversation. During this conversation, Hancock confessed he stole money from LTM via the creation of fake invoices. Oliveria advised Hancock to contact LTM and return the stolen funds.

13. On June 28, 2018 Rozaline Katherine Voges (Voges), an ex-girlfriend of Hancock, called Robert Gubko (Gubko), bodyguard for Lee. Voges stated she found Gubko's phone number in Hancock's cell phone and advised Gubko that Hancock had stolen money from LTM and was spending tens of thousands of dollars per day. Voges also advised Gubko that Hancock had a ledger of the fraudulent activity in addition to fake invoices utilized during theft.

## Hancock's Mental Health

14. Scottsdale Police Department responded to Hancock's residence or a neighboring area in Scottsdale, AZ on March 10, 2018, June 26, 2018, June 27, 2018 and June 29, 2018 after it was reported Hancock was making suicidal threats or suggestions via text and posts on Instagram and Facebook. Of note, every incident reported was by a different friend or acquaintance of Hancock's. When interviewed by officers, Hancock denied that he was going to hurt himself. No further action was taken by Scottsdale Police Department based on their conversation with Hancock.

15. On August 2, 2018, Hancock sent an email to Lee stating he is trying to "find a way to start paying back the owed money" and is bankrupt. (*See* Exhibit 2) Hancock states that he is fighting a lawsuit in Scottsdale, AZ and that Arizona is "full of drug ridden, suicidal thoughts" for him and he was "using drugs and even alcohol to cope with the thought of this".

16. On August 6, 2018, Hancock sent an email to Lee stating the following: "I plan on moving to LA immediately, and getting away from this mess here in Scottsdale. I have friends in LA who I have known for many years, way before Scottsdale, who can help me out of this mess and I can easily work from there. I am trying to find out what long term medical help I need for my disorders as well, not just short term. I am looking in LA." (*See* Exhibit 3.)

## Out of State Travel and Connections

17. Hancock no longer has significant ties to Arizona or the United States. Hancock divorced his wife, Krystal Cooper Hancock, in 2012. Hancock does not have any children. Hancock has no known relatives in the United States and his mother currently resides in the UK.

18. Hancock has no known real property in the United States.

19. Hancock is a citizen of the Great Britain and Northern Ireland where he studied Theoretical Physics. Hancock holds a valid passport issued on January 1, 2014. From January 2017 to the present, Hancock departed or arrived to the United States from

international flights on 34 separate occasions. On August 12, 2018, Hancock departed the United States and flew to London (by way of Amsterdam). On August 20, 2018, Hancock returned to the United States, landing at Los Angeles International Airport.

20. Hancock is scheduled to fly from John F. Kennedy International Airport (JFK) to Los Angeles International Airport (LAX) on September 4, 2018, flight DL 424 with a 10:05 am arrival time. Travel records show that Hancock is scheduled to fly from London Heathrow International Airport to Sharm El Sheikh International Airport, by way of Cairo International Airport on October 1, 2018.

## Conclusion

21. Hancock is a citizen of Great Britain and Northern Ireland (GRBR) and engages in a significant amount of international travel. Hancock has no economic ties to Arizona nor does he have familial ties to Arizona or the United States. Hancock is close with his mother who resides in the UK. He is exposed to serving prison time for the charges detailed in the complaint. In sum, Hancock has the means and motivation to flee the United States.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.  Executed this 31st day of August, 2018 in Phoenix, AZ.

Special Agent Heather Rivera
Federal Bureau of Investigation

# Exhibit 1

7:34

 **TH**
Tom



I deserve it.

And the world deserves better protections against this in future.

While I'm behind bars.

So

I had two stripe accounts

One under 'hosting services'

One under digitalchaos

I was billing from both of them in a misleading fashion

Maybe it was 800k

Idk.

I'm so fucked up.

Honestly the reason

  iMessage 

7:34



Tom

was stealing the restz

Damn

Last year your server bills averaged 600k

But why.

Those same servers we got down to 385 or so

And I was stealing the rest.

Because I wanted to be the coolest kid on the block

I knew I could fuck with the server number easy.

I know you guys have the fbi looking at me

Quite rightly btw

  iMessage 

7:42

**TH**

Tom

So please read this carefully : Do you give me permission, explicitly, to login right now to verify that you are in fact making payments by AMEX to the nightclubs ?  Please answer this question first with a yes or no and I have another question.

Yes

Secondly - Do you swear you are not taking more money and it's limited only to what was taken by the Hosting Services and Digital Chaos Credit cars charges ?

Delivered

Yes

  iMessage 

7:46

TH

Tom

Hosting Services and
Digital Chaos Credit cars
charges ?

Yes

Alright it was real. Thank
you for being honest.

Yep

Wait so are you sure we
are saving 250k/mo
compared to before if we
remove the new regions
from the calculation?

Or roughly

Delivered

And my fraud.

Remove that too

Yes.

   iMessage  

7:57

 SLACK                    now
Notification

Own part of an esports
team it's fun.

I mean I dunno anything
about that

But like are you sure you
only took 900k lol

I need to look honestly

Not gonna lie.

I don't even know

Damn

It could be more. It's so
fucked up.

I know for sure

Like a lot more ?

Not

No

     iMessage                

# Exhibit 2

## Fwd: Payment and note

---------- Forwarded message ----------
From: Andrew Lee <alee@londontrustmedia.com>
Date: Thu, Aug 2, 2018 at 11:30 AM
Subject: Fwd: Payment and note
To: Young Park <y.park@londontrustmedia.com>, Ted Kim
<ted@londontrustmedia.com>, John Arsenault
<john@londontrustmedia.com>, Alex Lee
<alex@londontrustmedia.com>
---------- Forwarded message ----------
From: Thomas Hancock <tomhancock91@googlemail.com>
Date: Thu, Aug 2, 2018 at 11:25 AM
Subject: Payment and note
To: Andrew Lee <alee@londontrustmedia.com>, Andrew Lee
<andrew@londontrustmedia.com>

Hi Andrew,
As per our chat on Telegram, you asked me to go find a way to start
paying back the owed money.
I have found 2.5k so far - which is not a lot but it is something and the
maximum I can get right now that I am bankrupt. My parents don't
have money or credit lines to get. My only option is what I have been
pursuing hard since we talked - getting back into work - which I can do
after my trustee meeting for bankruptcy. I have found a few high
paying oppurtunities - which means I can get a loan against that
income - and I can guarantee you as a loan note equity upon a
transaction of the business. And anything else you want. I don't care
at this point other than to pay back what I owe to the people I owe.
That's the best idea I have. I have been in LA for 9 days doing normal
things while I pursue a hosting job. I have asked for a signing bonus
with a few - which I will pass on. I have been using my airmiles to stay
and living off my moms card. My mom has been in LA and Arizona
with me. We are still going through all the bankruptcy elements with

the lawyer as we prepare for the trustee meeting. AMEX took my side on all the nightclub charges we talked about and you seen - the same account has no balance now, even before the bankruptcy.

I do see as I explained how the process was working there is some disputes card wise - Chase already closed my bank where the money was going too (Chase) - the disputes I guess will fail because that account doesn't even exist anymore due to Chase closing it. I guess we can figure this out between us. I'm not sure the disputes will provide fruitful other then me going down a long path where there is still no money available. I know you do not want to see my behind bars and I want to figure this out.

I've just now got a new cell phone plan using an nvmo (!) so I'm easily reachable again.... and I still have my Telegram.

Clearly I fucked up, I am trying to recover myself out of a horrible place, I was evil, I was wicked and maybe we can work something out....I want to rebuild my life.... I even refuse to go back to Scottsdale even for lawyer... I have a call at 2pm with the Arizona lawyer....

Arizona is full of drug ridden, suicidal thoughts for me. My mom is there in my apartment now. I am also fighting a suit in AZ. What a mess ive made.

Let me try and fix this, I will clearly be paying it back for a long time and perhaps we can add some interest to it and some other stuff as I truly owe you and clearly it is all messed up but I do not want to serve wasted time, I would rather try and help you in other ways and pay you the money back. I will disclose any information you may wish for like I was before. I know you said you didn't want me to go behind bars and I hope I can figure this out with you, because I know we can. I also hope in July and August and beyond you start seeing the server savings that were true. There is a lot, and I am happy you will see that. Even with the addition of things like Rescloud, Dubai servers etc into that financial line item there will still be savings that will be true cash, that is no means of a justification just something I can say I at least did, while also being deceptive in doing so, which is disgusting. I would get a fact check on this but it's even in my tom@ email in one of the spreadsheets the like for like savings compared to before we added new locations, Rescloud, etc.

I know I created problems which still probably exist and are being

cleaned up but I know you guys are better off without myself and that is just a wicked truth to myself.

I hope you are well and be team is, I can not do any employment or anything useful till my bankruptcy trustee meeting, so if I can be of any use, unpaid and just observatory, I will happily do so. Even if it just means working on VP in the background or any advice you might find useful in how to fill some of the holes I was able to use, and some I seen glaring at me which I have fixed before. Clearly the team hates me or hates what I did - so I do not want to rock a boat per se, I am recovering with my mother here in the US, some friends who are not from the mess of drinking in Scottsdale, I was using drugs and even alcohol to cope with the thought of this even until my mother got here. I still have 2.5% of DigitalChaos unsigned for equity wise - you should just take it - it is not part of the bankruptcy as it is unsigned for - that business will be worth something nice at some point, it is also backed and has Greg, the football guy as part of it - I'm sure you owning part of that could get you endless benefits.

Sucks but with some stabilizing I am getting better and want to fix everything - like you said to me - everything can be fixed and I want to fix it.

One day we will be able to laugh again, I hope.

With regret I send you this mail, again I am sorry. I am on Telegram if you want to quick talk.

I'm sure some of this mail is muddled thought wise - but that's just how I am right now as I recover. Thanks for even reaching out to me late June, early July and a week ago. I appreciate you talking to me. You were a true friend, and I was a true dick, with evil features. So disgusting on my side. I am trying to recover, I ask that we work something out, and make it very favorable to yourself and the business. I owe you everything.

Tom

--

--

Andrew Lee

# Exhibit 3

Hi Andrew,

I know this is going to be a bit of a long email and you are probably sick and tired of hearing about all of this but I am trying to find a way back for all of this.

Congrats on the handshake announcement, I still read blockexplorer! Is Rick still with you guys? I seen his name still here: https://blockexplorer.com/news/team/. Also congrats on the Business VPN.

I am back in Phoenix with my mom and have been since I got back from LA on Friday, dealing with this shitty lawsuit, in good news I have several job offers which I have found since we talked about finding money which I can definitely find a chunk of equity as well as ongoing salary garnishing to pay you back, as well as get a loan from someone like SoFi against, it is truly the only way I can get money, with immediate effect I really want to pay you back and get on with my life, I regret everything, I regret the substance abuse and I regret fucking up my life, and all the relationships I made over 10 years, which are now buried, for greed and attention.
Obviously I know about everything that is circulating - people in the hosting industry are worried about me and want to see my back on track while fixing my issues. They are all telling me - I know I have fucked everything up.

As I mentioned previously, I want to put my life back on track, I have found clarity when I was in LA for the last 9 days, I found what normal was again, normal people to be around and socialize with, be with, no drugs, etc. Feels good to get this element of my life back on track, while dealing with the damn mess I've created.

I know I was a super talent in hosting at a young age, I truly think (and maybe I am wrong) - but in bare metal - I still think even 8 years on, 100TB was the last thing to change the bare metal industry, and I got myself so far away from it, I also found myself totally useless at LTM, because of my lack of skill in anything other than hosting. Then stupid, vicious, evil shit started.

I would love to meet with you primarily or Ted or someone to sort this all out fast, so I can get back to paying you & LTM back and working on my life.

I am happy to share my offers I have and how I think I can help you. I know everything sucks right now, even for you probably having to deal with all of this shit. I do not want you or me to have to serve this rock bottom, I want to just get out of it, I know you do not want to see me behind metal as we talked about, so I am trying to get my life back to normal. All offers are > $300K OTE and have equity so far, some with varying roles. I am so open to anything because I know you can not delete the past but nothing isn't solvable as you have thankfully told me. I am still sourcing offers as all of them have yet to come in, 90% are in the hosting industry re: servers, some are not.

From 17 -> 26 I was able to earn over ~$3.5m including the transaction
money and I have made endless amounts of money for the majority owners of 100TB/UK2group, etc and I know I can pay you back in good time, while I do have friends who have money it does not mean they are willing to help I have learned. I know this issue sucks just as much for the team. I truly need a second chance in life and I know you said after I got help we could talk about this, I have been truthful and honest since we talked first and want to sort this out.

I have a few offers, some of which could be just beyond monetary payback and I have been working out the fine details since we talked about finding money on Telegram. I do see the disputes obviously and I have till Aug 11th to sort out a plan, which is when the dispute resolution needs to be sorted by.

I have told many tales, I have said many things, I have hurt many people and things and it all has to come to an end and it has, I have to get myself back on track, I am still with my mom. You have no reason to give me a chance, I keep reading your second chance post about Mark and keep reading your IRC.com post as well as trying to find any movie or anime that finds me relief in what I do. I know there is people watching me, I know I will be watched but I also know you reached out for a reason, you are one who for whatever reason, tries to give people a chance. I know I did good way back with 100TB, I know I can do good and I know I truly fucked up. I am not sure what state of evil I went into but I did. Ego, greed, money, girls, fool, lazy, manipulation, all came before me.

I will give you anything I have today, TVs, etc, I do not have a car because my ex-wife took it because I could not make the payments on the car due to no money left in my life to pay for it, I overdrafted her badly as she was still linked to my account since the day of the divorce.

I probably owe $1-1.2m? Not sure on the exact amount. I would like to pay you a larger amount we can decide on than what I owe, it is quite right and it will make me feel better.

I have some offers which can both benefit you immediately as well as, I truly hope we can do one of these:

I can pay you $3k immediately now I can pay you whatever signing bonus I get I can pay $3.5K/mo from salary at current salary rates, and maybe for every 10K/yr raise I get, I can pay another X/mo? Our of the 2018 annual bonus I get, I will pay 80% of it after tax to you Out of the quarterly bonuses in 2019 and beyond, I will pay 80% of them to you I can sign away my equity in an agreement with yourself for any business I work in, until the amount is hit I can give you my unsigned 2.5% of DigitalChaos (I suspect this business is worth > 4m < 15m based on esports valuations right now) I will happily help

VP.net in any role I go into, as I believe you guys have the ability to build a giant hosting reseller to destroy all hosting resellers, I think Shiv and team dictating the pricing so high has its ups and downs as well, the new businesses I am looking at are hosting businesses of size which could help you. I will find more sponsors for LFA (that turn out to be good) over time, from the sidelines I will advise you on PIA/LTM hosting from the sidelines, with no authority (*see below (Appendix A)* for the calculations you asked me to prove to you), I have lots of thoughts on what you could build yourselves, why, why VP.net could benefit, why PIA could benefit, and how you could leverage right now the bandwidth pricing at a wholesale level, it is truly a reason someone would buy a business today (the pricing we were offered was truly damn crazy). People would also pay to piggy back on that pricing we were offered. I will pay you back your money + 25% (or whatever you decide is OK)

Maybe the large hosting company I take part in can take a portion of VP.net, or some calculation where you can save money, build value, and this pays back somehow, upon cash generation? I think you guys + Shiv guys + a hosting company (who could run everything) would make a killer team and be able to generate say $70/mo per server and sell 20K servers ($1.4m before costs) - or ~17m/yr, is not so hard. You could build a hosting company worth > $250m in short time, if you feel 20K servers and $70/mo in gross margin is achievable. Divide by through any number for whatever you think is achievable. Even if you divide by 3, which is definitely attainable, you have a nice server operation, where you could either raise money, sell it, or acquire every other reseller, and make a mega reseller. More than likely you will take all their clients before that is necessary though. A hosting business worth $20m is however, very attainable, and I am happy to work on it until I go into employment. I am more than happy to do it from the sidelines as I know the team, quite rightly, despises me.

I am sure you guys are all having a good laugh at me from the other side, and it sucks to be in the position I am in but I am offering everything I can so I can get my life back to where it needs to be.

Tomorrow I will be in LA again, for a few days, I can be in LA or Vegas later in the week. I would love to meet and 1) get this resolved, 2) work on building back something I have ruined, it is going to take a long time again but I am sentimental harmless person now and I truly have to be the most honest person going forward, quite the feat, I know, but I have no choice.

I plan on moving to LA immediately, and getting away from this mess here in Scottsdale. I have friends in LA who I have known for many years, way before Scottsdale, who can help me out of this mess and I can easily work from there. I am trying to find out what long term medical help I need for my disorders as well, not just short term. I am looking in LA.

I know I have fucked up a lot of relationships, a lot of friends and it is going to take time to rebuild everything I have burned. I fucked over the two businesses I founded after leaving them for something else — truly fucked up.

I hope we can talk and meet to resolve this massive fuck up. I am scared to reach out on Telegram for some reason, I am just scared in general and I want to fix it all. It is now my time to do something useful. For clarity, I would love to try and make it work at LTM again, but I am not sure that is what anyone would want. I also myself do not think Vegas would be good for me again. That is not concrete but I suspect me being in LA in another business, and providing any benefit I have for free, while paying back, and maybe working on a VP.net venture together, would be better and be able to make LTM many millions, as well as me paying back. Nothing would make me happier than doing that. I do not think I am useful as an exec in anything other than a hosting business, I think that is clear. I tried, failed.

Sorry again,
I hope we can even chat on Telegram,
You were so forgiving to reach out to me after that night I seen Jorge,
I hope we can talk like that on Telegram, even with the shit you are

clearly going through with this.

Tom

*Appendix A - server savings - proof you asked for - you can get someone to
verify your side*
https://docs.google.com/spreadsheets/d/1AdLy3ehUEYN3ahV6yjlQCh
1lP1psigyCSoAWE3h7gMU/edit#gid=0
(made it link view able)

US California $15,687.00
US East $38,800.00 I think you could save $6500/mo here
US Midwest $18,300.00 I think you could save another $3500/mo here
US Chicago $12,075.00 You can save here about $2k/mo
US Dallas $17,800.00 You could save $3000/mo here
US Florida $10,100.00 I think you could save $2000/mo here
US Seattle $10,098.00 One of these two locations is cheaper than this amount
US West $8,217.00 One of these two locations is cheaper than this amount -
you could save $2000/mo here
US Sillicon Valley $11,800.00
US New York City $12,800.00 I think you could save here if you wanted
UK London $8,300.00
UK Southhampton $4,740.00
CA Toronto $11,250.00
CA Montreal $6,300.00
CA Vancouver $4,554.00
AU Sydney $24,720.00
AU Melbourne $19,270.00
Frankfurt $3,320.00
New Zealand $6,720.00
Netherlands $37,812.00
Sweden $4,080.00
Norway $1,660.00

Denmark $2,158.00
Finland $6,210.00
Switzerland $3,320.00
Paris $3,984.00
Austria $1,411.00 I think this was a new location but I am including it
Ireland $2,945.00
Italy $1,079.00
Romania $1,328.00
Turkey $1,472.50
Hong Kong $3,184.00
Singapore $4,225.00
Japan $3,984.00
Israel $3,600.00
Mexico $6,567.00
Brazil $8,450.00
India $4,500.00
Slack $2,000.00
Internal Colo $4,000.00 I truly hope the guys migrated to the US East and
West owned boxes
LogicWeb $12,000.00 We got this down from $24K/mo IIRC
New Relic $9,900.00
DYN & Akamai $5,500.00
Other (domains etc) $7,500.00
Total (New) $387,720.50
Linode savings I forget
Further savings I think you could make
2017 Average $605,000.00 Per month
Like for like 2018 (from July onwards) $387,720.50 Per month
Savings like for like $217,279.50 Per month - this is the number that I always referenced - and per above it is correct, clearly I was using this as the anchor for money out, as I mentioned on Telegram
Further savings like for like you could make $31,000.00 per month
Total like for like savings $248,279.50 per month
Add in new added services (see below) $117,457.00 per month
New cost per month (should be actual from July/August) $505,177.50 per month

Savings with new services added back in $99,822.50 per month
New Services (I think these should be reviewed all for value so far)
US WDC $3,762.00
US Las Vegas $2,400.00
US Houston $2,800.00
US Denver $3,420.00
UK Manchester $2,380.00
DE Berlin $1,700.00
Belgium $1,275.00
Spain $1,020.00
Hungary $850.00
Poland $850.00
Dubai (UAE) $9,000.00 Forget exact
South Africa $9,000.00 Forget exact
Rescloud $79,000.00 I truly hope this is working out for you guys
Total New Services $117,457.00
There was still random shit inside PIA accounts that needs splitting
out
Arch Linux boxes you sponsored - it is a good amount
Regions I think you could add/try
US Barcelona M247
Things you should do - total about $32k/mo
US East cost savings
US Midwest cost savings
LogicWeb cost savings (you could just get IPs from a new web host
you
use... and make it part of the terms)....
US Chicago savings
US Dallas savings
US Florida savings
US New York City savings
US West savings
*With all of this done, you could be, with new services included, at
savings of $131822.5/mo*