# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 18-08363MJ-001-PHX-JZB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | [SEALED] |
| Thomas William Hancock, | |
| Defendant. | |

Based upon the United States' Motion to Revoke Release (Doc. 9), which the Court will treat as an Appeal from Magistrate Judge Release Order,

IT IS ORDERED staying the Order of Release issued by the Honorable Alexander F. MacKinnon, U.S. Magistrate Judge in the Central District of California in Case No. 18-2372M, until such time as a hearing can be held before Chief Judge G. Murray Snow.

IT IS FURTHER ORDERED setting a hearing for **10/10/18 at 11:00 a.m.**, before Chief Judge G. Murray Snow, in Courtroom 602, Phoenix, Arizona.

No excludable delay shall occur from the entry of this Order.

Dated this 26th day of September, 2018.

_____
G. Murray Snow
Chief United States District Judge

cc: Magistrate Judge MacKinnon, C.D. California, AUSA, Dft. Atty., USMS