**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States Of America,** | No. **18-cr-1305 PHX GMS** |
| Plaintiff**,** | |
| v. | **NOTICE OF APPEARANCE** |
| **Thomas William Hancock, (001)** | |
| Defendant**.** | |

NOTICE is hereby given that attorney Cameron A. Morgan enters his appearance, pursuant to Criminal Local Rules 57.3, 57.14 and Civil Local Rule 83.3(b)(2) the Rules of Practice for the US District Court for the District of Arizona, in the above-entitled matter on behalf of Defendant, THOMAS WILLIAM HANCOCK, Mr. Hancock is asserting his Constitutional right to have counsel of his choosing represent him for all further proceedings.

DATED this 1st day of October, 2018.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant

1. **Certificate of Service**
2. I hereby certify that on the 1st day of September, 2018, I electronically transmitted the foregoing
3. document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing
4. copies were electronically transmitted to
5. all registered CM/ECF users on this case.
6. 
7. By */s/ Dawn-Marie Kenney*

CAMERON A. MORGAN
4356 N. Civic Center Plaza
Scottsdale, Arizona 85251
(480) 990-9507