ELIZABETH A STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Tel: (602) 514-7500
Email: kevin.rapp@usdoj.gov

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Thomas William Hancock,<br><br>　　　　　Defendant. | No. CR-18-1305-PHX-GMS-(JZB)<br><br>**MOTION TO CONTINUE HEARING ON MOTION TO REVOKE RELEASE**<br>**(Doc. 9)** |

　　　　The United States of America hereby requests this Court to continue the hearing on the United States' Motion to Revoke Release currently set for October 10, 2018, at 11:00 a.m. before Judge G. Murray Snow for a period of two days or to a date convenient to Court and counsel.  AUSA Rapp is scheduled to be in the Southern District of California for a recusal case (*United States v. Tyrone Cedric Duren*, CR-16-02892-JAH-WVG). Counsel for defendant, Cameron Morgan, has no objection to this motion.

　　　　Respectfully submitted this 1st day of October, 2018.

　　　　　　　　　　　　　　　　　　ELIZABETH A STRANGE
　　　　　　　　　　　　　　　　　　First Assistant United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Kevin M. Rapp*
　　　　　　　　　　　　　　　　　　KEVIN M. RAPP
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1
2
3    **CERTIFICATE OF SERVICE**
4    I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:
5
6    **Cameron A. Morgan**
     Email: Camerona.morgan@hotmail.com
7    *Attorney for Defendant*
8
9    *s/ Sally Hawley*
     US Attorney's Office
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28