IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　vs.<br>Thomas William Hancock,<br>　　　　　Defendant. | No. CR-18-1305-PHX-GMS-(JZB)<br><br>**ORDER** |

　　　The Court having reviewed the Government's unopposed Motion to Continue Hearing on United States' Motion to Revoke Release (Doc. _____ ), and good cause appearing,

　　　IT IS ORDERED granting the Government's unopposed Motion to Continue Hearing on United States Motion to Revoke Release.

　　　IT IS FURTHER ORDERED continuing the hearing from October 10, 2018 at 11:00 a.m. to _____ at _____ .