# UNITED STATES DISTRICT COURT
## ARIZONA – PHOENIX
### October 12, 2018

| USA v. Thomas William Hancock | Case Number: CR-18-01305-001-PHX-GMS |
|---|---|

## ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☒ **AMOUNT OF BOND $ 45,000.00**
  ☐ UNSECURED
  ☒ SECURED BY $5,000.00
  **SECURITY TO BE POSTED BY** prior to release

*FILED — LODGED*
*— RECEIVED — COPY*
*OCT 1 2 2018*
*CLERK U S DISTRICT COURT*
*DISTRICT OF ARIZONA*
*BY RW DEPUTY*

**NEXT APPEARANCE** 12/4/2018 at 9:00 a.m. or as directed through counsel
☒ 401 West Washington St., Phoenix, AZ, Courtroom #602, 6th Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒ maintain or actively seek verifiable employment (or combination work/school) and provide proof of such to Pretrial Services.

☒ not travel outside of: Maricopa County unless express PRIOR Court or Pretrial Services permission is granted to do so.

☒ avoid all direct or indirect contact with persons who are considered alleged victim(s) and potential witness(es).

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:

☒ shall reside as approved by Pretrial Services and you're not allowed to relocate without prior permission from Pretrial Services.

☒ shall not use of possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. 802) or alcohol unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.  This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.

☒ participate in drug treatment as directed by U. S. Pretrial Services and submit to drug testing, including urinalysis testing and make copayment toward the cost of such services, as directed by U.S. Pretrial Services. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing or monitoring which is (are) required as a condition of release.

USA v. Thomas William Hancock                Case Number: CR-18-01305-001-PHX-GMS
**October 12, 2018**                                                          Page 2 of 4

| | |
|---|---|
| ☒ | shall surrender all travel documents to Pretrial Services prior to release and will not obtain a passport or other travel document during the pendency of these proceedings. |
| ☒ | obtain no passport. |
| ☐ | not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition. |
| ☒ | maintain weekly contact with Attorney Cameron A. Morgan by Friday, noon of each week. |
| ☐ | shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $ . |
| ☒ | The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider. |
| ☐ | shall not access via computer or possess any photographs or videos of sexually explicit conduct as defined by 18 U.S.C. § 2256(2). |
| ☒ | Defense counsel shall promptly file a copy of the order of release with the conditions of release with the Consulate of Great Britain. |

### ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor.   This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment   for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct   a criminal investigation; Title  18 U.S.C. §1512 makes it a criminal offense punishable by   imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than   ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order.   If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.   In addition, a failure to appear may result in the forfeiture of any bail

| USA v. Thomas William Hancock | Case Number: CR-18-01305-001-PHX-GMS |
|---|---|
| October 12, 2018 | Page 3 of 4 |

posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment (or both) may be imposed for not more than one year.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
| 10/12/18 | *[signature]* |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF CUSTODIAN(S)

**Directions to United States Marshal:**

☐ The defendant is ORDERED released after processing.

☒ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE October 12, 2018

_____
G. Murray Snow
Chief United States District Judge

USA, PTS/PROB, USM, DEFT, DEFT ATTY

| USA v. Thomas William Hancock | Case Number: CR-18-01305-001-PHX-GMS |
|---|---|
| October 12, 2018 | Page 4 of 4 |

## ADDITIONAL CONDITIONS OF RELEASE

☐ The defendant shall participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.

    ☒ **(Curfew)** You are restricted to your residence every day ☒ from 8:00 p.m. to 6:00 p.m., or ☐ as directed by the supervising officer.

    ☐ **(Home Detention)** You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer.

    ☐ **(Home Incarceration)** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☒ Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology. The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising office determines.

    ☒ Location monitoring technology at the discretion of the officer

    ☐ Radio Frequency (RF) Monitoring

    ☐ Passive GPS Monitoring

    ☐ Active GPS Monitoring

☒ Defendant is subject to the 5-mile exclusion zone set up around the airport and Greyhound facility with the exceptions that are authorized in advance by the Pretrial Services.

ACKNOWLEDGMENT OF DEFENDANT x _[signature]_

DATED THIS ____12th____ DAY OF ____October 2018____, _____.