```
                    X  FILED      ___ LODGED
                    ___ RECEIVED  ___ COPY

                         OCT 1 2 2018

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
        Plaintiff,

vs

**Thomas William Hancock**,
        Defendant.

CASE NO: **218CR1305-01**

AFFIDAVIT

RE:  APPEARANCE BOND

(CASH SECURITY)

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, **Diana Remball**, on oath say that the $**5000.00** cash deposited as security on the foregoing bond is owned by me and is to be returned to me upon exoneration of the bond.

I hereby subject said fund to the provisions of LRCrim 46.2 and consent and agree that in the case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten (10) days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

Sworn to and subscribed before me this **12** day of **October**, 20**18**

_____
Signature of Owner
of Cash Security

_____
Signature of Deputy Clerk

RECEIPT NUMBER: **PHX 201576**