# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Thomas William Hancock
*Defendant*

Case No. 18-8363MJ

FILED ___ LODGED
✓ RECEIVED ___ COPY

OCT 10 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas William Hancock,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:1343 Wire Fraud and 1957(a) Transactional Money Laundering

Date: 08/31/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Magistrate Judge John Z. Boyle
*Printed name and title*

### Return

This warrant was received on *(date)* 08.31.2018, and the person was arrested on *(date)* 09.05.2018
at *(city and state)* Los Angeles, CA.

Date: 10.09.2018

*Arresting officer's signature*

FBI
*Printed name and title*