Name & Address:

FILED ☒ LODGED ☐
RECEIVED ☐ COPY ☐

OCT 18 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-02372M |
| v. | CR-18-1305-PHX |
| THOMAS WILLIAM HANCOCK, | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| | District of ARIZONA |
| DEFENDANT(S). | At PHOENIX |
| | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court
☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense) WIRE FRAUD and TRANSACTIONAL MONEY LAUNDERING

☒ in violation of Title 18 United States Code, Section (s) 1343; 1857(a)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☒ duly waived arrival of process.
☒ duly waived identity hearing before me on Magistrate Judge Edward A. Infante on 9/5/18.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
☒ Bail has been set at $ 50,000.00 but has not been posted. and has been _____
☐ No bail has been set.
☐ Permanent detention has been ordered.
☐ Temporary detention has been ordered.

10/11/2018
Date

_____
United States Magistrate Judge

(1120)

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____  _____
Date            Deputy

M-15 (01/09)            FINAL COMMITMENT AND WARRANT OF REMOVAL

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:18-mj-02372-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Hanock | Date Filed: 09/05/2018 |
| | Date Terminated: 09/19/2018 |

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Thomas William Hancock**  
*TERMINATED: 09/19/2018*

represented by **Jonathan M Lynn**  
Wallin and Klarich  
17592 Irvine Boulevard  
Tustin, CA 92780  
714-730-5300  
Fax: 714-730-0337  
Email: jml@wklaw.com  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
Defendant in violation of 18:1343,1957(a)

**Disposition**

### Plaintiff
**USA**                                    represented by

Assistant 2241-2255 US Attorney LA-CR
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2018 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Thomas William Hanock, originating in the District of Arizona. Defendant charged in violation of: 18:1343. Signed by agent Heather Rivera, FBI, Special Agent. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Thomas William Hanock; defendants Year of Birth: 1991; date of arrest: 9/5/2018 (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Edward A. Infante as to Defendant Thomas William Hanock Defendant arraigned and states true name is as charged. Attorney: Kelly Swanston for Thomas William Hanock, Deputy Federal Public Defender, present. Court orders bail set as: Thomas William Hanock (1) $100,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Arizona. Status Hearing set for 9/11/2018 11:00 AM before Magistrate Judge Alexander F. MacKinnon. Court Smart: CS. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 4 | FINANCIAL AFFIDAVIT filed as to Defendant Thomas William Hanock. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Thomas William Hanock. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 6 | SEALED Defendant Thomas William Hanock arrested on warrant issued by the USDC District of Arizona at Phoenix. (mhe) (Entered: 09/11/2018) |
| 09/05/2018 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Edward A. Infante as to Defendant Thomas William Hanock. (mhe) (Entered: 09/12/2018) |
| 09/05/2018 | 14 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Thomas William Hanock (mhe) (Entered: 09/18/2018) |
| 09/05/2018 | 15 | DECLARATION RE: PASSPORT filed by Defendant Thomas William Hanock, declaring that I have been issued a passport or other travel document(s), |

| | | |
|---|---|---|
| | | but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 09/18/2018) |
| 09/11/2018 | 8 | MINUTES OF Status Conference held before Magistrate Judge Alexander F. MacKinnon as to Defendant Thomas William Hanock. Attorney Jonathan M. Lynn is substituted in as retained counsel for the defendant and advises the court that a request for bail modification will be filed. Court Smart: CS. (mhe) (Entered: 09/12/2018) |
| 09/13/2018 | 9 | SEALED EX PARTE APPLICATION to Unseal Case Filed by Plaintiff USA as to Defendant Thomas William Hanock. (mhe) (Entered: 09/14/2018) |
| 09/13/2018 | 10 | SEALED ORDER by Magistrate Judge Alexander F. MacKinnon: granting 9 EX PARTE APPLICATION to Unseal Case as to Thomas William Hanock (1) (mhe) (Entered: 09/14/2018) |
| 09/14/2018 | 11 | First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION Filed by Defendant Thomas William Hanock. (Attachments: # 1 Supplement Notification re: Application for Reconsideration of Order Setting Conditions of Release or Detention) (Attorney Jonathan M Lynn added to party Thomas William Hanock (pty:dft)) (Lynn, Jonathan) (Entered: 09/14/2018) |
| 09/14/2018 | 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Jonathan M Lynn counsel for Defendant Thomas William Hanock. Adding Jonathan Lynn as counsel of record for Thomas Hancock for the reason indicated in the G-123 Notice. Filed by Defendant Thomas Hancock. (Lynn, Jonathan) (Entered: 09/14/2018) |
| 09/17/2018 | 13 | NOTIFICATION RE: First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION 11 filed by Defendant Thomas William Hanock. The Request for hearing was APPROVED. Application set for hearing on 9/19/2018 at 10:30AM before Magistrate Judge Alexander F. MacKinnon. (ib) (Entered: 09/17/2018) |
| 09/18/2018 | 16 | RESPONSE filed by Plaintiff USA as to Defendant Thomas William Hanock (Ewald, Sylvia) (Entered: 09/18/2018) |
| 09/19/2018 | 17 | MINUTES OF BOND HEARING held before Magistrate Judge Alexander F. MacKinnon Court orders bail set as: Thomas William Hanock (1) $50,000 Appearance Bond. Court orders defendant held to answer to District of Arizona. granting 11 APPLICATION for Review/Reconsideration of Order Setting Conditions of Release/Detention re First APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION 11 as to Thomas William Hanock (1); Court Smart: CS 9/19/18. (mhe) (Entered: 09/21/2018) |
| 09/19/2018 | | Notice to District of Arizona of a Rule 5 or Rule 32 Initial Appearance as to Defendant Thomas William Hanock. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket |

|  |  | sheet and any text-only entries via the case number link. The following document link(s) is also provided: <u>17</u> Order on Application for Review/Reconsideration of Order Setting Conditions of Release/Detention (CR-88),,, Removal/Arrival of Process Hearing - Rule 5(c)(3) (fka Rule 40),,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 09/21/2018) |
|---|---|---|
| 09/27/2018 | <u>19</u> | SEALED OUT OF DISTRICT ORDER (ja) (Entered: 09/27/2018) |
| 10/11/2018 | <u>20</u> | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alexander F. MacKinnon that Defendant Thomas William Hancock be removed to the District of Arizona (mhe) (Entered: 10/17/2018) |
| 10/11/2018 |  | Notice to District of Arizona of additional documents added to docket on a Rule 5 or Rule 32 Initial Appearance as to Defendant Thomas William Hancock. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: <u>20</u> Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 10/17/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/18/2018 14:18:13 | | | |
| **PACER Login:** | ud1540:4260067:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-mj-02372-DUTY End date: 10/18/2018 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |