**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**   Plaintiff**,**   v.   **Thomas William Hancock, (001)**   Defendant**.** | No. **18-cr-1305 PHX GMS**   **FIRST MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE MOTIONS**   (First Request) |

    Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the trial scheduled in this matter for December 4, 2018 for approximately 60 days and extend the time in which to file motions, which were due November 1, 2018.  This request is made to counsel to complete discovery in this matter.  Counsel has been informed that AUSA Kevin Rapp does not oppose this motion to continue.

    Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

    This motion is made in good faith and not for purpose of delay.

    DATED this 26th day of November, 2018.

                                                */s/Cameron A. Morgan*
                                                Cameron A. Morgan
                                                Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 26th day of November, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.


By */s/ Dawn-Marie Kenney*