# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Thomas William Hancock, (001)<br><br>　　　　Defendant. | No. **18-cr-1305 PHX GMS**<br><br>]PROSPOSED] ORDER<br><br>(First Request) |

Upon motion of the defendant and no objection, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial for the reasons stated in defendant's motion.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from December 4, 2018 to _____ and continuing the pre-trial motion deadline from November 1, 2018 until _____.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued, and served in this matter, that they remain in effect and are answerable at the new trial

date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) will commence on _____ for a total of ____ days.

RESPECTFULLY SUBMITTED this _____ day of _____, 2018.