IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,          )<br>                                                  )<br>            Plaintiff,                    )<br>                                                  )<br> vs.                                            )<br>                                                  )<br> Thomas William Hancock,     )<br>                                                  )<br>            Defendant.                 )<br> _____ ) | CR-18-1305-PHX-GMS<br><br>**ORDER**<br><br>(1st Request) |

Upon motion of the defendant, no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial Deadlines for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial date from December 4, 2018 to **February 5, 2019 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion deadline until December 21, 2018.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from 12/5/18 to 2/5/19.

DATED this 3rd day of December, 2018.

_____
G. Murray Snow
Chief United States District Judge