**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff**,**<br><br> v.<br><br>Thomas William Hancock, (001)<br><br>Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**SECOND MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE MOTIONS**<br><br>(Second Request) |

Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the trial scheduled in this matter for February 5, 2018 for a minimum of 60-days and extend the time in which to file motions, which were due December 21, 2018.  This request is made to allow counsel to complete discovery in this matter. Counsel has been informed that AUSA Kevin Rapp does not oppose this motion to continue.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

This motion is made in good faith and not for purpose of delay.

DATED this 26th day of December, 2018.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 26th day of December, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*

CAMERON A. MORGAN
4356 N. Civic Center Plaza
Scottsdale, Arizona 85251
(480) 990-9507

2