1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7           FOR THE DISTRICT OF ARIZONA
8

| 9 | United States of America, | ) | CR-18-1305-PHX-GMS |
| 10 | Plaintiff, | ) | **ORDER** |
| 11 | vs. | ) | (2nd Request) |
| 12 | Thomas William Hancock, | ) | |
| 13 | Defendant. | ) | |
| 14 | | ) | |

15

16      Upon motion of the defendant, no objection by the Government, and good cause
17 appearing,

18      **IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial
19 Deadlines for the reasons stated in defendant's motion, including that defense counsel needs
20 additional time to prepare for trial.

21      This Court specifically finds that the ends of justice served by granting a continuance
22 outweigh the best interests of the public and the defendant in a speedy trial.  This finding is
23 based upon the Court's conclusion that the failure to grant such a continuance would deny
24 the defendant the reasonable time necessary for effective preparation, taking into account the
25 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26      **IT IS FURTHER ORDERED** continuing the trial date from February 5, 2019 to
27 **April 2, 2019 at 9:00 a.m., in Phoenix, Arizona**, and continuing the pretrial motion
28 deadline until <u>February 22, 2019</u>.

1    **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and

2    served in this matter, that they remain in effect and are answerable at the new trial date and

3    the party who served the subpoena should advise the witnesses of the trial date.

4    The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv)

5    from 2/6/19 to 4/2/19.

6    DATED this 7th day of January, 2019.

7

8

9    _____

10   G. Murray Snow

     Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28