1  **CAMERON A. MORGAN**
2  **Attorney at Law**
   4356 N. Civic Center Plaza, Ste. 101
3  Scottsdale, AZ  85251
   (480) 990-9507 ♦ Fax (480) 947-5977
4  *Arizona State Bar No. 006709*
5  e-mail:  camerona.morgan@hotmail.com
   Attorney for Defendant Hancock
6
                    IN THE UNITED STATES DISTRICT COURT
7
                             DISTRICT OF ARIZONA
8

9  | United States of America, | |
   |---|---|
10 | Plaintiff, | No. 18-cr-1305 PHX GMS |
11 | v. | **THIRD MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE MOTIONS** |
12 | Thomas William Hancock, (001) | |
13 | Defendant. | (Third Request) |

14      Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully
15 requests that this Court enter an order continuing the trial scheduled in this matter for April 2,
16 2019 for approximately 60 days and extend the time in which to file motions, which were due
17 February 22, 2019.  This request is made because it is anticipated that defendant will enter into
18 a change of plea in the second week of April, 2019, and the parties need additional time to work
19 out the final details of that change of plea.  The parties are currently researching the venue of
20 the counts that will be included in the plea.  Counsel has been informed that AUSA Kevin Rapp
21 does not oppose this motion to continue.
22
23      Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C.
24 §3161(h)(8)(A) and (B)(i).
25      This motion is made in good faith and not for purpose of delay.
26      DATED this 22nd day of February, 2019.
27
                                                    */s/Cameron A. Morgan*
                                                    Cameron A. Morgan
                                                    Attorney for Defendant

**Certificate of Service**

I hereby certify that on the 22nd day of February, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*

2