X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Thomas William Hancock,<br><br>Defendant. | No. CR-18-01305-001-PHX-GMS (JZB)<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 29th day of April, 2019.

_____
Thomas William Hancock
Defendant

_____
Cameron A. Morgan
Counsel for Defendant

_____
Kevin M. Rapp
Assistant U.S. Attorney