**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff**,**<br><br>  v.<br><br>Thomas William Hancock, **(001)**<br><br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**FIRST MOTION TO CONTINUE SENTENCING**<br><br>(First Request) |

    Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the sentencing scheduled in this matter for August 5, 2019 for approximately 60-days.  This request is made because counsel will be on vacation from July 22, 2019 through August 6, 2019.  In court, AUSA Kevin Rapp indicated he did not oppose a motion to continue; however, counsel has been unable to obtain his position on the requested 60-days.

    Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

    This motion is made in good faith and not for purpose of delay.

    DATED this 20th day of May, 2019.

                                              */s/Cameron A. Morgan*
                                              Cameron A. Morgan
                                              Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 20th day of May, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.


By */s/ Dawn-Marie Kenney*