# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | No. **18-cr-1305 PHX GMS** |
| Plaintiff, | |
| v. | **[PROSPOSED] ORDER** |
| **Thomas William Hancock, (001)** | (First Request) |
| Defendant. | |

Upon motion of the defendant and no objection, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Sentencing for the reasons stated in defendant's motion.

**IT IS FURTHER ORDERED** continuing the trial from August 5, 2019 at 1:30 to _____.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) will commence on _____ for a total of ____ days.

RESPECTFULLY SUBMITTED this _____ day of _____, 20__.