**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff**,**<br><br>   **v.**<br><br>Thomas William Hancock, (001)<br><br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**SECOND MOTION TO CONTINUE SENTENCING AND EXTEND TIME IN WHICH TO FILE OBJECTIONS TO PSIR FILED ON 09/03/19** |

Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the sentencing scheduled in this matter for October 7, 2019 for 90-days.  This request is made because defendant has engaged a mitigation specialist, Ms. Lopez, and she is recommending a psychiatric evaluation for defendant.  Ms. Lopez needs additional time to complete her evaluation/investigation and prepare her report. Counsel has been informed that AUSA Kevin Rapp does not oppose this motion to continue. Counsel notifies the Court that he will be on vacation from December 24, 2019 through January 10, 2020.

In addition, counsel respectfully requests that he be granted an additional 30-days in which to file his objections to the presentence investigation report currently due September 18, 2019.  This request is made because counsel is engaged in an aggravated assault trial that began on September 5, 2019 and unable to meet with defendant to review the report.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

This motion is made in good faith and not for purpose of delay.

DATED this 13th day of September, 2019.

/s/Cameron A. Morgan
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 13th day of September, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By /s/ Dawn-Marie Kenney