# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | No. **18-cr-1305 PHX GMS** |
|---|---|
| Plaintiff, | |
| v. | **[PROSPOSED] ORDER** |
| Thomas William Hancock, (001) | (Second Request) |
| Defendant. | |

Upon motion of the defendant and no objection, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Sentencing for the reasons stated in defendant's motion.

**IT IS FURTHER ORDERED** continuing the sentencing from October 7, 2019 at 2:00 p.m. to _____ and extending the time in which to file objections to the presentence investigation report to _____.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) will commence on _____ for a total of ____ days.

RESPECTFULLY SUBMITTED this _____ day of _____, 20__.