**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>    Plaintiff**,**<br><br>   **v.**<br><br>**Thomas William Hancock, (001)**<br><br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**THIRD MOTION CONTINUE SENTENCING AND EXTEND TIME IN WHICH TO FILE OBJECTIONS TO PSIR FILED ON 09/03/19** |

Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the sentencing scheduled in this matter for January 13, 2020 for 30-days.  Counsel and the mitigation specialist in this case, Tess Lopez, agreed upon Dr. Jane Caplan to conduct a psychiatric evaluation of the defendant to determine whether he suffered any mental deficits at the time of the offense or at present. Dr. Caplan interviewed the defendant and his family and turned in a draft of her report on December 13, 2019.  Revisions were requested and scheduling issues have interfered with the completion of the report.  Ms. Tess Lopez, has indicated that she will not be able to prepare her mitigation report before the sentencing date of January 13, 2019 because of the holidays and the delay with the psychiatric report.  The domino effect from Dr. Caplan's report also affects undersigned counsel's ability to complete his sentencing memorandum since I will be out of the country from December 27, 2019 through January 10, 2020.

Counsel has been informed that AUSA Kevin Rapp does not oppose a 30-day motion to continue.

In addition, counsel respectfully requests that he be granted an additional 30-days in which to file his objections to the presentence investigation report.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i). Counsel avows that, to the best of his knowledge, the defendant is in compliance with the release orders of the court.

This motion is made in good faith and not for purpose of delay.

DATED this 23rd day of December, 2019.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 23rd day of December, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*

2