**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**     Plaintiff**,**   **v.**   **Thomas William Hancock, (001)**     Defendant**.** | No. **18-cr-1305 PHX GMS**  **DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT** |

Defendant, by and through his attorney undersigned hereby notifies the court that he has no substantive objections to the information in the presentence report.

However, the information about restitution in Paragraph 9 indicates that the defendant submitted fraudulent invoices to the victim in the amount of $917,764.62 for his companies Digital Chaos and Hosting Services and then lists $901,410.26 as fraudulently obtained funds being deposited into the Digital Chaos and Hosting Services accounts controlled by him.

Later in the report, at Paragraph 13, A.P.O. Johnson notes that the plea agreement calls for restitution on the amount of $1,332,402 to be paid to the I.R.S. instead of the victim London Trust Media Inc. We agree that the proper party is

London Trust, assuming no insurance company reimbursed this victim pursuant to an insurance policy. The insurance issue has not yet been addressed.

A.P.O. Johnson also states in Paragraph 13 that London Trust claims that the restitution should be $1,260,891.42.  Finally, the report recommends restitution in the amount of $1,269,426.67 at Paragraph 14 with no explanation of where this number came from.

Defendant has no issue with an award of restitution but requests that a single figure supported by evidence of amounts actually embezzled be determined. Undersigned counsel has discussed this issue with A.P.O. Johnson who indicates that he will address it.

DATED this 21st day of January, 2020.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 21st day of January, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*