**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff**,**<br><br>  v.<br><br>Thomas William Hancock, (001)<br><br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**MOTION CONTINUE SENTENCING AND EXTEND TIME FOR SENTENCING MEMORANDUM**<br><br>(Fourth Request) |

Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the sentencing scheduled in this matter for February 3, 2020 for 15 days.  Counsel and the mitigation specialist in this case, Tess Lopez, agreed upon Dr. Jane Caplan to conduct a psychiatric evaluation of the defendant to determine whether he suffered any mental deficits at the time of the offense or at present. Dr. Caplan provided a draft report and then administered an MMPI and other testing which was completed on or about January 20, 2020.  She has not provided her final report and has requested another week. Undersigned counsel's sentencing memo and the report of the defendant's mitigation specialist are expected to be influenced by this report.

Counsel has been informed that AUSA Kevin Rapp opposes any further motions to continue.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).  Counsel avows that, to the best of his knowledge, the defendant is in compliance with the release orders of the court.

This motion is made in good faith and not for purpose of delay.

DATED this 27th day of January, 2020.

/s/Cameron A. Morgan
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 27th day of January, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By /s/ Dawn-Marie Kenney

2