**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br>    Plaintiff**,**<br>  **v.**<br>**Thomas William Hancock, (001)**<br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**[PROSPOSED] ORDER**<br><br>(Fourth Request) |

Upon motion of the defendant and no objection, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Sentencing for the reasons stated in defendant's motion.

**IT IS FURTHER ORDERED** continuing the sentencing from February 3, 2020 at 3:30 p.m. to _____ and extending the time in which to file his sentencing memorandum to _____.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) will commence on _____ for a total of \_\_\_\_ days.

RESPECTFULLY SUBMITTED this \_\_\_\_\_ day of _____, 20\_\_.