**CAMERON A. MORGAN**
Attorney at Law
4356 N. Civic Center Plaza
Scottsdale, AZ  85251
(480)990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**  Plaintiff**,**  v.  **Thomas William Hancock, (001)**  Defendant**.** | No. **18-cr-1305 PHX GMS**  **MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S MEDICAL RECORDS** |

Defendant, Thomas Hancock, by and through counsel undersigned, hereby moves this Court for an Order sealing Notice of Filing Defendant's Medical Records and attached records.  This request is made because these are Defendant's medical records that contain sensitive information that Defendant does not want made public.  AUSA Kevin Rapp does not oppose this Motion.  For this reason, counsel seeks to file those medical records submitted under seal as it contains sensitive information.

Respectfully submitted this 29th day of January, 2020.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant Hancock

**Certificate of Service**

I hereby certify that on January 29, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for sealed filing.

COPY of the foregoing e-mailed this 29th day of January, 2020, to:

The Honorable Murray G. Snow
snow_chambers@azd.uscourts.gov

AUSA Kevin Rapp
kevin.rapp@usdoj.gov


By */s/ Dawn-Marie Kenney*