IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br>        Plaintiff**,**<br>   **v.**<br>**Thomas William Hancock, (001)**<br>        Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**[PROPOSED] ORDER** |

   Upon motion of the defendant and good cause appearing,

   **IT IS ORDERED** granting the defendant's Motion for Leave to File Under Seal Defendant's Medical Records.

   DATED: