# EXHIBIT A

Gary Hancock

The Honorable G. Murray Snow

Chief United States District Judge

Sandra Day O'Connor U.S. Courthouse, Suite 622

401 West Washington Street, SPC 80

Phoenix, AZ  85003-2161


Dear Judge Snow:

Re: Thomas William Hancock

As the father of Thomas William Hancock, I am writing to you regarding my Son.

Thomas has never previously been in any trouble and certainly never had a criminal record, before these charges of Wire Fraud and Transactional money laundering were imposed on him.

I can't believe that my son Thomas was involved in these charges.  This sort of behaviour is very inconsistent with my son's nature.

Thomas has always been a very honest, trustworthy, loyal young man, and this act has really surprised me, I can only presume that my son Thomas must have been out of his mind during this very stressful period of his life, I really can't understand why, but what I do know is that since the charges have been imposed, my son Thomas has been very cooperative with the federal government and deeply regrets the offences he has committed. He is presently on bail and I have visited twice last year, we have talked at great length about the guilt and embarrassment. We have moved onto a better place now and he knows what he did was wrong and would like the chance to apologise and put things right with all concerned.

My son Thomas has come from a loving home in the UK, although myself and his mum split when Thomas was a teenager, my involvement with Thomas was still a full time Dad, our relationship as father and son has been very strong over the years and has not faltered during this difficult period.

Thomas is unique, he showed at an early age he had a business mind. He often came to work with me at my office, he would help out on the computers and have all the office staff eating out of his hands, he was an extremely likeable young man, with a very caring nature, my parents, his grandparents idolised him, with him being the youngest grandson, the times they spent together was magical.

Thomas and I had a passion for Race Horses, I owned several, one with a few friends of ours, which was named after my son, Trombone Tom, because of his love of music and passion for Trombone. Thomas would come with me to all race events, he would mix with other race horse owners, trainers and gain knowledge about the courses from all around.

We also spent many years holidaying together, father & son, he learnt to scuba dive, deep sea dive, we had great times.

Then my son ventured into the business world at a very young age, he started his working life in the bedroom of my home and then moved onto London quickly as he was onto great things and then traveled around until he settled in the USA, following his own dreams into businesses, with great success.

I am and always will be very proud of Thomas, this last 18 months, while marred with misdeed, he has shown great strength of character to keep going, he works to pay his rent and bills, when many in this situation might just give up. My son knows he made a mistake and has learnt from this, he will recover, and he will learn from this experience to become a better, stronger person.

As a family we all support Thomas, we love Thomas and we want him back in the family fold in England as soon as possible.

Yours Sincerely

Gary Hancock

# EXHIBIT B

Gaynor Hancock

The Honorable G. Murray Snow

Chief United States District Judge

Sandra Day O'Connor U.S. Courthouse, Suite 622

401 West Washington Street, SPC 80

Phoenix, AZ 85003-2161

Dear Judge Snow:

Re: Thomas William Hancock

I am writing this character reference for my son Thomas Hancock, who is pleading guilty to the charge wire fraud and transactional money laundering.

I have known about these charges from the day Thomas was arrested. I was in Arizona attending a YTT training course (Yoga Teacher Training) when I received a call from a federal officer asking me to attend Thomas's court hearing in California. As a British citizen, alone, with no understanding of USA criminal laws this was a very daunting time for me. However, I was a mother who would not abandon her British son in his time of need.

I was taken aback at the news that Thomas had committed these crimes. Thomas has never been in trouble with the law or with anyone ever before, this first time offence, was totally out of character for him, he would never cause me or his father any significant disappointment, the only viable explanation was Thomas mustn't have been in his right mind, something had triggered this change in his normal, pleasant very positive lifestyle.

As a young child and teenager my son Thomas, was full of life, a fun-loving happy boy, with 3 older step brothers who adored him. He had such a pleasant aura about him, everyone in the family loved Thomas, both sets of grandparents, aunties, uncles, cousins and all his friends from school. He always led a very positive lifestyle. Thomas was very musical, he had piano lessons, played the trombone and went on to join the

Youth Orchestra and the school Jazz & Concert band, which went onto country wide success in England, which made us very proud, this included playing in front of the royal family as well as in the Royal Festival Hall in England, which is where the world renowned London Philharmonic Orchestra reside. He was also a computer genius at a very young age which turned out to be his making, his career took off in his late teens and he went on to be very successful in this field of business in his twenties, making not only myself very proud of him, but that of all his family and friends.  I have so many wonderful memories from my son's younger years that I could probably write at least ten pages.

We had fabulous family holidays filled with love, laughter, and fun times. Thomas became a Padi Certified Scuba Diver in his teenage years and until he went onto computer endeavors, he was on his way to certification which would take him deeper into this field.

He did his work placement at my place of work when he was 16, I was a Management Accountant for a global steel fabrication company in Warrington. Thomas made a fabulous steel perforated Liverpool Football Club balustrade. to which I still have today. Not only did he get to experience life in a factory with all the workers, he made some lifelong older friends from his work experience.

Thomas was a bright lad, with a wonderful personality, a brilliant business mind, that people gravitated towards him, he made friends all over the world, and his success came because of his nature and how he communicated, worked with people.

Thomas socialised but was never a drinker, I had never seen Thomas drink alcohol, he was very body conscious, he trained hard and ate very healthy, he very rarely deviated from his healthy lifestyle, so it came as a very big shock to me that he had somewhere fallen of this track and had started drinking & using substances, no one would have seen this in Thomas.

Thomas visited home in the UK frequently and always stayed with me, we ate the food, we talked, we laughed, we visited family, and life was good for us all.

So going back to the day my son was incarcerated, this tore me apart, this was his first offence, the bail conditions imposed on his first hearing were not met due to me, his mother, being British and not been able to put my home up for surety, I didn't live or work in the USA, everything I offered went against me because I was British.

I returned to Arizona and then had to somehow find attorneys, help, call on my USA Yoga teacher friends for advice on criminal laws in the USA, I would not give up on my

son, who had taken a wrong path, I would not leave him incarcerated and spent nearly 6 weeks travelling between states to get him released on bail, which I am thankful to this court for, so that he could right this wrong.

Since Thomas was granted bail, he has shown deep remorse and sincerely regrets the offences, before his arrest he did try to right this wrong, but it was too late, he never confided in me or his father, he was ashamed and wanted to try and keep us out of these sorry state of affairs, to which he now regrets, he wishes he had confided in us because we would have been by his side and helped him to get help to sort him out mentally and sort out the issue financially with a plan of repayment, as a mother I sold my business to pay for Thomas's attorneys, all his debts and bills he had in 2018, his father contributed as did his brothers. We have all supported Thomas in the last 18 months and will continue to support him all his life.

Thomas has also kept to every bail condition since October 2018, he has been meticulous in every condition and fears ever doing anything wrong again.

He has worked over the last 18 months, keeping a roof over his head and living within his means.

I have visited Thomas twice since leaving Arizona in November 2018, I have seen a change in my son, his focus is on living, on making a success in the future, to which we as a family will help him get back on his feet, financially all over again. I'm proud of Thomas achieved in his life outside of this wrong turn, we have both been through the worst 18 months, but I remain positive that when this is all over Thomas can rebuild his life again and get back to the wonderful young man I call my son.

I will be with my son on the day of sentencing; I will fly in from the UK two days before sentencing to be with him on the last leg of this journey and hope to spend February with my son which may be the last time I see him until he returns home after any punishment.

Being British and living in the UK makes visiting Thomas after sentencing the hardest thing for me to contemplate right now, I know that it will be very hard on Thomas also, at least now we can call each other, message, email, he cannot call the UK from a prison without it costing $1/minute and something that when in San Bernardino detention was not possible. The most likely scenario for me is that I will not be able to visit Thomas while in prison, the journey and the cost from the UK to the USA would be hard for me to fathom more than once, I believe this would be a major setback for Thomas, he would have little contact with myself or his family, therefore I would like you to consider

this a factor from our family. I understand that even if he were able to make long distance calls, they would be expensive and limited to 300 minutes a month, which seems to be the policy and each call is limited in duration.

Yours Sincerely

Gaynor Hancock

# EXHIBIT C

The Honorable G. Murray Snow

Chief United States District Judge

Sandra Day O'Connor U.S. Courthouse, Suite 622

401 West Washington Street, SPC 80

Phoenix, AZ  85003-2161

From: Diana Remball
Re:Thomas William Hancock

Your Honor,

I'm writing to you regarding Thomas William Hancock.

I have been Thomas girlfriend since July 2018. While we have been together these past years, I have seen and known him as kind and generous man. I realise that Thomas will go before you because he has pled guilty to Wire Fraud. I was present with his father at the plea hearing.

From the time I have met Thomas, I have always been amazed by his passion to work and help others, anytime of the day, sometimes he even accidentally wakes me up at night while doing calls with people on the other side of the world, which shows me his passion towards technology & his consulting. He has specifically helped me very recently to get out of financial debt which meant I didn't have to file for bankruptcy in the US even when I had retained an attorney, which was debt left from my prior relationship, which would have tamed my life for years. He is selfless and has a very kind heart.

I know Thomas realizes he has made a mistake, and I know him to be an honorable man because I recall at one point he could have stayed in the UK before his arrest but he had told me he wanted to come back and face his consequences. That's one of the reasons I respect him so much because he can take responsibility for his mistakes.

Thomas is a loving & caring individual and has proven that to me with his caring nature towards my Dog, Henry, who passed away just one week before this sentencing. Henry is one of the things that made Thomas happy over the last 18 months while on pretrial release. Thomas & I have been devastated over the days before sentencing.

My sisters love Thomas, they came to visit him while detained at San Bernardino, which caused much stress to me & Thomas' family due to the nature of travel needed for us to visit Thomas. During his detention in San Bernardino, I could see that regretted everything he had done and that would deter him from such action ever again. Thomas also knows if he went down a similar path to me, he would also lose the few people who have stuck with him through this pain. I hope Thomas will be placed close to me in Los Angeles, California if you decide that prison is the correct punishment for Thomas in order for me to be able to visit him frequently, as I am the only person Thomas has in the United States who he considers family. It weighs on me to know that Thomas will never be able to meet my parents or family in the United States as we advance our relationship.

Kind Regards,
Diana Remball

# EXHIBIT D

## Fwd: Last chance I guess

Thomas Hancock <tomhancock91@googlemail.com>
Wed 1/29/2020 11:00 AM
To: Cameron Morgan <camerona.morgan@hotmail.com>

---------- Forwarded message ---------
From: **Thomas Hancock** <tomhancock91@googlemail.com>
Date: Wed, Aug 29, 2018 at 3:06 PM
Subject: Re: Last chance I guess
To: Andrew Lee <alee@londontrustmedia.com>, Andrew Lee <andrew@londontrustmedia.com>

I do not know what else to say but here is what I can offer:

- Any damages I get off the civil suit
- $50K/yr from my salary
- $25K/yr from my bonus
- Up to $2m from my equity
- 10% of anything I earn in the next 40 years(!) from equity
- If you want my 2.5% in DigitalChaos - I do wonder if I could sell it for an amount

I do not know what this amounts too over a long period of time but I am down to do it. I hope you can approve

I ask we put this in writing and start building our friendship back together. I have lost everything.

Tom

On Wed, Aug 29, 2018 at 12:34 PM Thomas Hancock <tomhancock91@googlemail.com> wrote:
  Hi Andrew,

  I know you are probably leaving it to other people but I guess I have till 5pm today to sort this out if I don't get the worst case scenario and I sit in an unfavorable place for years.

  I can come see you in Las Vegas like we talked about to try and sort it out or we can do a phone call

  I am back in work and can prove that and show you the details of my employment ($300k/yr, entitlement to profits, equity).

  I wish to pay you back $2m, over and above what was taken, in a loan style setup, the moment I can get more money outside of salary/bonus, I want to give it to you.

  I do not have the funds, everyone knows that, but I will pay you & LTM back.

  I'm getting my life back on track, I do not want to jump off bridges anymore and I have some off all the substances I was touching, I do not identify with the evil I previously was I hope we can sort this out without more counsel and all sorts of crazy shit.

https://outlook.live.com/mail/0/inbox/id/AQMkADAwATY0...

I would love it if you had time to call me today at 3234208116

Regards

Tom

# EXHIBIT E

JACK H. HIRSCH (012190)
HIRSCH and LYON, PLLC
1212 E. Osborn Rd.
Phoenix, AZ 85014
(602) 264-7700
Jack@hlaccidentlaw.com
Arbitrator

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

AMERICAN EXPRESS NATIONAL BANK,

    Plaintiff,

vs.

THOMAS HANCOCK and J DOE,

    Defendants.

No. CV2019-050831

**NOTICE OF DECISION**

    Prior to hearing Defendant filed Defendant's "Motion for Sanctions" seeking the preclusion of evidence not timely disclosed by Plaintiff. "Plaintiff's Response to Defendant's Motion for Sanctions" alleges Defendant failed to exercise due diligence in conducting discovery and that the Motion for Sanctions is unwarranted.

    It appears that neither party fully complied with their disclosure requirements under Rule 26.1, Ariz.R.Civ.Proc. Defendant admits that Plaintiff did provide an initial 26.1 Disclosure Statement which was received on October 23, 2019, but was only sixteen (16) calendar days prior to the Arbitration hearing scheduled for November 8, 2019. Defendant's failure to conduct discovery is to his own peril but does not in anyway negate the Plaintiff's obligation to diligently prosecute his case, including, but not limited to the timely disclosure of facts, legal theories, witnesses and evidence.

    While Defendant is required to disclose all facts, witnesses and evidence in a defense to Plaintiff's claims, it is unreasonable to expect Defendant to present such a defense when Plaintiff has failed to fully disclose those items enumerated in Rule 26.1(a), Ariz.R.Civ.Proc. This lack

of disclosure by the Plaintiff is even more problematic under the facts of this case wherein it is acknowledged by both parties that an unknown third party was involved in causing fraudulent charges on a revolving account which is the subject of this lawsuit.

The Arbitrator is unpersuaded by Plaintiff's Counsel's argument that his client failed to provide information that could be disclosed as it is Plaintiff's burden of proof, not Defendant's defense, that is ultimately at issue here. Moreover, disclosure at the time of filing a Prehearing Statement under Rule 75(b)(1), Ariz.R.Civ.Proc., is not timely.

Notwithstanding the foregoing, on October 9, 2019, the Arbitrator issued an Order denying Plaintiff's Motion to Extend Arbitration Deadline advising that the parties have had at least seven (7) months to conduct discovery which should have been notice to both parties to make sure compliance with Rule 26.1(a), Ariz.R.Civ.Proc., had been done.

Finally, on October 9, 2019, the Arbitrator issued an order directing the parties to comply with Rule 75(b)(1), Ariz.R.Civ.Proc., regarding a Joint Prehearing Statement, to provide exhibits in a 3-ring binder, and to provide the Arbitrator with a copy of the Complaint and Answer filed by the parties. None of these directions were followed by the parties with the exception of Defendant's compliance with providing a copy of the Answer.

Based upon the foregoing and after consideration,

**IT IS ORDERED,**

Granting Defendant's "Motion for Sanctions".

**IT IS FURTHER ORDERED,**

The Arbitrator finds in favor of Defendant as to all claims raised in Plaintiff's Complaint. Defendant is the prevailing party.

**IT IS FURTHER ORDERED,**

Defendant shall submit to the Arbitrator a proposed form of award, including a Statement of Costs and Application for Attorney fees, if appropriate, within ten (10) days of this decision.

DATED this _____ day of November, 2019.

By_____
JACK H. HIRSCH
Arbitrator

ORIGINAL of the foregoing E-FILED this _____ day of November, 2019, to:

Clerk of the Court
MARICOPA COUNTY SUPERIOR COURT

COPY of the foregoing E-SERVED and MAILED this _____ day of November, 2019, to:

Dwayne D. Burns
Brennan S. Murray
GURSTEL LAW FIRM PC
9320 E. Raintree Dr.
Scottsdale, AZ  85260
Attorney for Plaintiff
(d.burns@gurstel.com)
(b.murray@gurstel.com)

James M. Cool
HONOR LAW GROUP, PLLC
4450 S. Rural Rd., Ste. C-220
Tempe, AZ  85282
Attorney for Defendants
(cool@aztrialattorneys.com)

By_____

# EXHIBIT F

1   **HONOR LAW GROUP, PLLC**
    James M. Cool, State Bar No. 028023
2   Benjamin L. Rundall, State Bar No. 031661
    4450 S. Rural Rd., Suite C-220
3   Tempe, AZ 85282
    (602) 282-0223
4   Attorney E-mail: cool@aztrialattorneys.com

5   *Attorneys for Defendant*

6           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7               IN AND FOR THE COUNTY OF MARICOPA

8   American Express National Bank,              No. CV2019-050831
9                Plaintiff,
10  v.                                               **ARBITRATION
11  Thomas Hancock and J Doe spouse,                  AWARD**
12               Defendants.
13

14          The Court, having considered Defendant's Application for Attorney's Fees,

15  Affidavit of James M. Cool in Support of Application for Attorney's Fees, and Verified

16  Statement of Taxable Costs, for good cause shown:

17          IT IS ORDERED granting judgment in favor of Defendant and ordering Plaintiff

18  to pay Defendant $4,427.50 in attorney fees and $310.44 in taxable costs for a total

19  judgment of $4,737.94 in favor of Defendant.

20

21          DATED this  12  day of   Dec.   , 2019.

22

23                                      _____
24                                      Jack H. Hirsch, Esq.
                                        Court-Appointed Arbitrator
25

26

# EXHIBIT G

Granted with Modifications
***See eSignature page***

Clerk of the Superior Court
✳✳✳ Electronically Filed ✳✳✳
P. Culp, Deputy
5/21/2019 8:00:00 AM
Filing ID 10475362

1    **THORPE SHWER, P.C.**
     William L. Thorpe (No. 005641)
2    Sara R. Witthoft (No. 023521)
     3200 North Central Avenue, Suite 1560
3    Phoenix, Arizona 85012-2441
     Telephone: (602) 682-6100
4    Email: docket@thorpeshwer.com
     Email: wthorpe@thorpeshwer.com
5    Email: switthoft@thorpeshwer.com
     *Attorneys for TYC, LLC and*
6    *Scottsdale Beach Club, LLC*

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                  **IN AND FOR THE COUNTY OF MARICOPA**

9    TYC, LLC, an Arizona limited liability      No. CV2018-009641
     company, d/b/a Dakota Bar;
10   SCOTTSDALE BEACH CLUB, LLC
     an Arizona limited liability company,       **ORDER GRANTING STIPULATION**
11   d/b/a Maya Day + Nightclub/The              **FOR DISMISSAL WITH PREJUDICE**
12   District Burger Bar;
                                                 (Assigned to the Honorable James Smith)
13             Plaintiffs,

14   v.

15   THOMAS WILLIAM HANCOCK and
     JANE DOE HANCOCK, British
16   Citizens; BLACK CORPORATIONS I-
     X; WHITE LIMITED LIABILITY
17   COMPANIES I-X;

18             Defendants.

19

20        Having reviewed the parties' Stipulation for Dismissal with Prejudice:

21        IT IS HEREBY ORDERED that this action and the claims of Plaintiffs TYC, LLC and

22   Scottsdale Beach Club, LLC against Defendant Thomas William Hancock shall be dismissed

23   with prejudice in their entirety, and that Plaintiffs TYC, LLC and Scottsdale Beach Club, LLC

24   and Defendant Thomas William Hancock shall each bear their own attorneys' fees and costs.

25        DATED this ____ day of May, 2019.

26

27                                              _____
                                                Hon. **James Smith**
28                                              Maricopa County Superior Court

9092037

# eSignature Page 1 of 1

Filing ID: 10475362   Case Number: CV2018-009641
Original Filing ID: 10469521

**Granted with Modifications**



/S/ James Smith Date: 5/20/2019

Judicial Officer of Superior Court

ENDORSEMENT PAGE

CASE NUMBER: CV2018-009641

SIGNATURE DATE: 5/20/2019

E-FILING ID #: 10475362

FILED DATE: 5/21/2019 8:00:00 AM

JAMES M COOL

WILLIAM L THORPE