**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>        Plaintiff**,**<br><br>    **v.**<br><br>**Thomas William Hancock, (001)**<br><br>        Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |

Defendant, by and through his attorney undersigned, hereby submits his supplemental sentencing memorandum.

Defendant, by and through his attorney undersigned, hereby submits a supplemental Sentencing Memorandum to highlight provision not previously addressed.

**Offense Conduct**

The offense conduct herein occurred, according to the Indictment, between February 1, 2018 and May 30, 2018. The Indictment alleges 36 fraudulent invoices were submitted for payment.

**5K2.18 Voluntary Disclosure of Offense Departure**

Defendant Hancock informed his company of the embezzlement in late June 2018. When contacted by authorities he voluntarily admitted to the offense and provided further information about the offense as well as access to his personal devices. Defendant submits that this may qualify for a departure under 5K2.16 or 3553(a).

**Mental Health Considerations**

A mental health screening by Dr. Jane Kaplan, M.D. indicated no DSM personality or psychiatric disorder. However, she recommends that the defendant engage in a short course of interpersonal psychotherapy and six to eight sessions of Eye Movement Desensitization and Reprocessing. Defendant submits that he could accomplish this prior to self-reporting.

**Sentencing Disparities: USSC 2019 4th Quarter Data Report**

According to the 2019 USSG sentencing statistics approximately 50% of the fraud/theft/embezzlement offenders received a downward departure or variance from the guideline recommendation. Table 10. In addition, variances and departures averaged 52-56% in those cases receiving decreases. Table 17.

**Collateral Consequences**

The sentence in this case will have the collateral consequence of removal but may also prevent the defendant from going to other countries that may be important to his work and thus affect his income.

In addition, defendant will suffer the injury to his reputation. His case is known in the internet community in which he works but the final conviction will undoubtedly have other consequences.

DATED this 31th day of January, 2020.

*/s/Cameron A. Morgan*
Cameron A. Morgan
Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 31th day of January, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*

3