1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Hancock

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>      Plaintiff**,**<br><br>   **v.**<br><br>**Thomas William Hancock, (001)**<br><br>      Defendant**.** | **No. 18-cr-1305 PHX GMS**<br><br>**DEFENDANT'S RESTITUTION MEMORANDUM** |

        Defendant, Thomas William Hancock, by and through undersigned counsel, respectfully submits the attached 3 proposals for payment of restitution by the defendant.  These proposals include a base amount with an additional payment based on a percentage of income.  However, in the opinion of undersigned counsel, these are unrealistic because they don't allow him sufficient revenue to run his business.  Defendant currently makes $300,000.00 per year, pays approximately $90,000 in federal taxes and approximately $10,000 in local taxes.  Undersigned counsel submits that defendant should pay $10,000 per month flat towards restitution.  This figure can be adjusted upwards as the defendant makes more revenue from his business.

        The proposals that do not leave the defendant with any revenue will, in effect, kill the goose that laid the golden egg.  He needs money for an office, travel and expenses.  The proposal to tie restitution to a percentage of income would also be difficult for probation to administer.

        DATED this 10th day of February, 2020.

                                                */s/Cameron A. Morgan*
                                                Cameron A. Morgan
                                                Attorney for Defendant

**Certificate of Service**

I hereby certify that on the 10th day of February, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.  Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*

CAMERON A. MORGAN
4356 N. Civic Center Plaza
Scottsdale, Arizona 85251
(480) 990-9507