Notes for Cameron based on Sentencing in relation to probation

I believe there is two options for probation:

$6000/mo + 30% of net pay

$9000/mo + 15% of net pay

55% of gross income

Based on my earnings on pretrial release of 16 months of $304,284.21, using 30% tax rate:

Here is the three options with real terms (so to explain to the prosecutor or the Judge):

### $6000 + 30% net pay

| | |
|---|---|
| Total | $304,284.21 |
| Tax | $91,285.26 |
| Victim | $159,899.68 |
| Left over | $53,099.26 |
| Per month | $3,318.70 |

### $9000 + 15% net pay

| | |
|---|---|
| Total | $304,284.21 |
| Tax | $91,285.26 |
| Victim | $175,949.84 |
| Left over | $37,049.10 |
| Per month | $2,315.57 |

### 55% of gross income

| | |
|---|---|
| Total | $304,284.21 |
| Tax | $91,285.26 |
| Victim | $167,356.31 |
| Left over | $45,642.63 |
| Per month | $2,852.66 |

Anything higher would most likely mean I fall victim as I mentioned payments are sporadic for my business, here you can note the months where I would fail according to something lower and why a % works better (like United States vs Matthew Sample):

| Month | Amount |
|---|---|
| November 2018 | $11,796.79 |
| December 2018 | $13,282.20 |
| January 2019 | $16,932.18 |
| February 2019 | $37,219.00 |
| March 2019 | $33,598.00 |
| April 2019 | $13,000.00 |
| May 2019 | $33,845.10 |
| June 2019 | $19,598.21 |
| July 2019 | $17,406.91 |
| August 2019 | $24,087.41 |
| September 2019 | $8,429.92 |
| October 2019 | $9,723.00 |
| November 2019 | $9,416.00 |
| December 2019 | $19,329.90 |
| January 2020 | $34,593.03 |
| February 2020 | $2,026.56 |

I believe if the Judge wants me to succeed + earn more, the conditions should be at least the ability to fly around the US. I am fine with harsh financial restrictions such as any payment over $1000 has to be approved by probation.

6000 + 30%

| | | PayPal | US Bank | UK Bank | Tax rate | Tax | Net Pay | 6000 + 30% of Net | Net for me |
|---|---|---|---|---|---|---|---|---|---|
| PSR Info | November 2018 | $3,896.79 | | $7,900.00 | 30.00% | $3,539.04 | $8,257.76 | $8,477.33 | -$219.57 |
| | December 2018 | $13,282.20 | | | 30.00% | $3,984.66 | $9,297.54 | $8,789.26 | $508.28 |
| | January 2019 | $971.00 | $15,961.18 | | 30.00% | $5,079.65 | $11,852.53 | $9,555.76 | $2,296.77 |
| | February 2019 | $26,819.00 | $10,440.00 | | 30.00% | $11,165.70 | $26,053.30 | $13,815.39 | $12,237.91 |
| | March 2019 | $27,598.00 | $37,219.00 | | 30.00% | $10,079.40 | $23,518.60 | $13,055.58 | $10,463.02 |
| | April 2019 | $7,000.00 | $6,000.00 | | 30.00% | $3,900.00 | $9,100.00 | $8,730.00 | $370.00 |
| | May 2019 | $3,700.00 | $30,145.10 | | 30.00% | $10,163.53 | $23,691.57 | $13,107.47 | $10,584.10 |
| | | | Total | | | | | | |
| | | | $159,673.27 | | | | | | |
| Since PSR | June 2019 | 9,433.10 | $10,165.11 | | 30.00% | $5,879.46 | $13,716.75 | $10,115.62 | $3,603.12 |
| | July 2019 | $3,711.00 | $13,695.91 | | 30.00% | $5,222.07 | $12,184.84 | $9,655.45 | $2,529.39 |
| | August 2019 | $6,982.00 | $17,105.41 | | 30.00% | $7,226.22 | $16,861.19 | $11,058.36 | $5,802.83 |
| | September 2019 | $2,429.92 | $6,000.00 | | 30.00% | $2,528.98 | $5,900.94 | $7,770.28 | -$1,869.34 |
| | October 2019 | $3,723.00 | $6,000.00 | | 30.00% | $2,916.90 | $6,806.10 | $8,041.83 | -$1,235.73 |
| | November 2019 | $2,095.00 | $7,320.00 | | 30.00% | $2,824.80 | $6,591.20 | $7,877.36 | -$1,286.16 |
| | December 2019 | $7,329.90 | $12,000.00 | | 30.00% | $5,798.97 | $13,530.93 | $10,059.28 | $3,471.65 |
| | January 2020 | $1,416.30 | $33,174.73 | | 30.00% | $10,377.91 | $24,216.12 | $13,284.54 | $10,950.58 |
| | February 2020 | | $2,026.56 | | 30.00% | $607.97 | $1,418.59 | $6,425.58 | -$5,006.99 |
| | | | | | Total | $30,286.21 | | | $159,899.68 | $53,089.36 |

Tax rate calculated by the effective tax rate of my 2017 + 2018 taxes

Tax $91,286.26
Victim $159,899.68
Left over $53,089.26
Per month $3,318.70

$939,586.74
$9,993.73

600 + 30%

| | PayPal | US Bank | UK Bank | | Tax rate | Tax | Net Pay | $9000 + 15% of Net | Net for me |
|---|---|---|---|---|---|---|---|---|---|
| **9000 + 15%** | | | | | | | | | |
| **PSR Info** | | | | | | | | | |
| November 2018 | $3,896.79 | | $7,900.00 | | 30% | $3,539.04 | $8,257.75 | $10,238.66 | -$1,980.91 |
| December 2018 | $13,282.20 | | | | 30% | $3,984.66 | $9,297.54 | $10,394.63 | -$1,097.09 |
| January 2019 | $971.00 | $15,961.18 | | | 30% | $5,079.65 | $11,852.53 | $10,777.88 | $1,074.65 |
| February 2019 | $26,819.00 | $10,400.00 | | | 30% | $11,165.70 | $26,053.30 | $12,908.00 | $13,145.31 |
| March 2019 | $27,598.00 | $6,000.00 | | | 30% | $10,079.40 | $23,518.60 | $12,527.79 | $10,990.81 |
| April 2019 | $7,000.00 | $6,000.00 | | | 30% | $3,900.00 | $9,100.00 | $10,365.00 | -$1,265.00 |
| May 2019 | $3,700.00 | $30,145.10 | | | 30% | $10,153.53 | $23,691.57 | $12,553.74 | $11,137.83 |
| | | | | Total | | | | | $159,673.27 |
| **Since PSR** | | | | | | | | | |
| June 2019 | 9,433.10 | $10,165.11 | | | 30% | $5,879.46 | $13,718.75 | $11,057.81 | $2,660.93 |
| July 2019 | $3,711.00 | $13,695.91 | | | 30% | $5,222.07 | $12,184.84 | $10,827.73 | $1,357.11 |
| August 2019 | $6,982.00 | $17,105.41 | | | 30% | $7,226.22 | $16,861.19 | $11,529.18 | $5,332.01 |
| September 2019 | $2,429.92 | $6,000.00 | | | 30% | $2,528.98 | $5,900.94 | $9,885.14 | -$3,984.20 |
| October 2019 | $3,723.00 | $6,000.00 | | | 30% | $2,916.90 | $6,806.10 | $10,020.92 | -$3,214.82 |
| November 2019 | $2,098.00 | $7,320.00 | | | 30% | $2,824.80 | $6,591.20 | $9,988.68 | -$3,397.48 |
| December 2019 | $7,329.90 | $12,000.00 | | | 30% | $5,798.97 | $13,530.93 | $11,029.64 | $2,501.29 |
| January 2020 | $1,418.30 | $33,174.73 | | | 30% | $10,377.91 | $24,215.12 | $12,632.27 | $11,582.85 |
| February 2020 | | $2,026.58 | | | 30% | $607.97 | $1,418.59 | $9,212.79 | -$7,794.20 |

Total $304,284.21 Tax rate calculated by the effective tax rate of my 2017 + 2018 taxes

| | |
|---|---|
| Tax | $91,285.26 |
| Victim | $175,949.84 |
| Left over | $37,049.10 |
| Per month | $2,315.57 |

$175,949.84
$10,998.87
$703,799.37 $37,049.10

(Handwritten: "9000 + 15%" and "9000 + 15%")

55%

| | | PayPal | US Bank | UK Bank | Tax rate | Tax | 55% of gross income |
|---|---|---|---|---|---|---|---|
| PSR Info | November 2018 | $3,896.79 | | $7,900.00 | | | |
| | December 2018 | $13,282.20 | | | 30% | $3,539.04 | $6,488.23 |
| | January 2019 | $971.00 | $15,961.18 | | 30% | $3,984.66 | $7,305.21 |
| | February 2019 | $26,318.00 | $10,400.00 | | 30% | $5,079.65 | $9,312.70 |
| | March 2019 | $27,598.00 | $6,000.00 | | 30% | $11,165.70 | $20,470.45 |
| | April 2019 | $7,000.00 | $6,000.00 | | 30% | $10,079.40 | $18,478.90 |
| | May 2019 | $3,700.00 | $30,145.10 | | 30% | $3,900.00 | $7,150.00 |
| | | | | | 30% | $10,163.53 | $18,614.81 |
| | | | Total | | | $159,673.27 | |
| | June 2019 | 9,433.10 | $10,165.11 | | 30% | $5,879.46 | $10,779.02 |
| | July 2019 | $3,711.00 | $13,695.91 | | 30% | $5,222.07 | $9,573.80 |
| Since PSR | August 2019 | $6,382.00 | $17,105.41 | | 30% | $7,226.22 | $13,248.08 |
| | September 2019 | $2,429.92 | $6,000.00 | | 30% | $2,528.98 | $4,636.46 |
| | October 2019 | $3,723.00 | $6,000.00 | | 30% | $2,916.90 | $5,347.65 |
| | November 2019 | $2,096.00 | $7,320.00 | | 30% | $2,824.80 | $5,178.80 |
| | December 2019 | $7,329.90 | $12,000.00 | | 30% | $5,798.97 | $10,631.45 |
| | January 2020 | $1,418.30 | $33,174.73 | | 30% | $10,377.91 | $19,026.17 |
| | February 2020 | | $2,026.56 | | 30% | $607.97 | $1,114.61 |

| | | |
|---|---|---|
| Total | $304,284.21 | Tax rate calculated by the effective tax rate of my 2017 + 2018 |
| Tax | $91,285.26 | taxes |
| Victim | $167,356.31 | |
| Left over | $45,642.63 | |
| Per month | $2,852.66 | |

55% gross

## Tax History Report
► Keep for your records

**2018**

Name(s) Shown on Return
Thomas W Hancock

| | Five Year Tax History: | | | | |
|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 |
| Filing status | | | Single | Single | Single |
| Total income | | | 242,569. | 868,518. | 348,342. |
| Adjustments to income | | | | | 191. |
| Adjusted gross income | | | 242,569. | 868,518. | 348,151. |
| Tax expense | | | 7,972. | 27,269. | 10,000. |
| Interest expense | | | | | |
| Contributions | | | | | |
| Misc. deductions | | | | | |
| Other itemized ded'ns | | | | | 0. |
| Total itemized/standard deduction | | | 7,972. | 9,058. | 12,000. |
| Exemption amount | | | 4,050. | 0. | 0. |
| QBI deduction | | | | | 0. |
| Taxable income | | | 230,547. | 859,460. | 336,151. |
| Tax | | | 59,610. | 296,165. | 93,342. |
| Alternative min tax | | | | | |
| Total credits | | | | | |
| Other taxes | | | 383. | 6,017. | 1,708. |
| Payments | | | 55,835. | 220,137. | 81,445. |
| Form 2210 penalty | | | | | 0. |
| Amount owed | | | 4,158. | 82,045. | 13,605. |
| Applied to next year's estimated tax | | | | | |
| Refund | | | | | |
| Effective tax rate % | | | 24.57 | 34.10 | 26.81 |
| **Tax bracket % | | | 33.0 | 39.6 | 35.0 |

**Tax bracket % is based on Taxable income.