**CAMERON A. MORGAN**
Attorney at Law
4356 N. Civic Center Plaza
Scottsdale, AZ  85251
(480)990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail: camerona.morgan@hotmail.com
Attorney for Defendant Hancock

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | No. **18-cr-1305 PHX GMS** |
| Plaintiff, | |
| v. | **MOTION TO EXONERATE BOND** |
| **Thomas William Hancock, (001)** | |
| Defendant. | |

Defendant, Thomas Hancock, by and through counsel undersigned, hereby moves this Court for an Order exonerating his bond.

Respectfully submitted this 19th day of February, 2020.

/s/Cameron A. Morgan
Cameron A. Morgan
Attorney for Defendant Hancock

**Certificate of Service**
I hereby certify that on February 19, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF filing.

The Honorable Murray G. Snow
snow_chambers@azd.uscourts.gov

AUSA Kevin Rapp
kevin.rapp@usdoj.gov

By */s/ Dawn-Marie Kenney*