# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br>    Plaintiff**,**<br> **v.**<br>**Thomas William Hancock, (001)**<br>    Defendant**.** | No. **18-cr-1305 PHX GMS**<br><br>**[PROSPOSED] ORDER** |

Upon motion of the defendant, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Exonerate Bond.

RESPECTFULLY SUBMITTED this _____ day of _____, 20__.