# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-01305-001-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Thomas William Hancock, | |
| Defendant. | |

The Court has received and considered Defendant's Motion to Exonerate Bond (Doc. 71). Good cause appearing,

IT IS ORDERED granting the motion and exonerating the bond in the amount of $5,000.00 plus accrued interest, payable to Diana Remball.

No excludable delay shall occur from the entry of this Order.

Dated this 17th day of March, 2020.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge

cc: Finance